B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# United States Bankruptcy Court
# District of Colorado

| | |
|---|---|
| In re Matthew Curtis Witt ) | Case No. 17-17630-MER |
|     Debtor ) | |
| ) | Chapter 7 |
| ) | |
| Noel West Lane III ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Adv. Proc. No. 21-_____-MER |
| ) | |
| Matthew Curtis Witt ) | |
|     Defendant ) | |
| MATTHEW CURTIS WITT, PRESIDENT AND SR. ) | |
| LOAN OFFICER, SILVER LEAF MORTGAGE, INC. ) | |
| SILVER LEAF MORTGAGE, INC. ) | |
| NICOLE WITT ) | |
| NICOLE WITT, OWNER SILVER LEAF ) | |
| MORTGAGE, INC. ) | |
| ALL AMERICAN RECORDS MANAGEMENT ) | |
| DELTA SOLUTIONS ) | |
| DAVID KAHN ) | |
| DAVID KAHN, OWNER DELTA SOLUTIONS ) | |
| TORREY LIVENICK ) | |
| TORREY LIVENICK, ESQ. ) | |
| LIVENICK LAW ) | |
| MILLER & LAW P.C. ) | |
| DAVID B. LAW ) | |
| DAVID B. LAW, MILLER & LAW P.C. ) | |
| DAVID OPPENHEIMER ) | |
| DAVID OPPENHEIMER, MILLER & LAW P.C. ) | |
| DAVID OPPENHEIMER, DAVID S. OPPENHEIMER ) | |
| LAW ) | |
| GLENN MERRICK ) | |
| GLENN MERRICK & ASSOCIATES ) | |
| GLENN MERRICK, MERRICK, SHANER, ) | |
| BERNSTEIN, LLC ) | |
| FIVE (5) DOES ) | |
| ) | |
| _____ ) | |
|     Defendants ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

      Address of the clerk: Clerk, U.S. Bankruptcy Court
                              U.S. Custom House
                              721 19th Street
                              Denver, CO 80202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

      Name and Address of Plaintiff's Attorney:
                Noel West Lane III In Pro se
                1060 Ingalls Street
                Lakewood, Colorado 80214

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



By Deputy Clerk: E. King

Date: 05/05/2021