To: Clerk

From: Noel West Lane III (lane3co@outlook.com)

Date: 5/5/21 (pd. $350 fee on 5/4/21)

Re: Complaint - Adversary Proceeding

Re: 17-17630-MER

Hello,

- I submitted the attached Complaint for filing yesterday.
- I neglected to include my case cover sheet. (See attached case cover sheet.)
- I am awaiting my summons authorization from the clerk so that I may complete my notice by US Mail.

Thank you    303.697.0462

FILED CLERK OF COURT MAY -5 2021 U.S. BANKRUPTCY COURT DISTRICT OF COLORADO

5MAY21 10:21AM

**Insert this side up into time stamper.** *(gray bar here)*

PLEASE COMPLETE THIS FORM AND INCLUDE WITH ANY
PAYMENTS OR DOCUMENTS PLACED IN BOX.
A RECEIPT FOR PAYMENT WILL BE MAILED TO YOU.

**Please write legibly**

Case Number: 17-17630-MER

Name: Noel West Lane III

Phone Number: 303 697-0462

Amount Enclosed: $ Pd. $350 cash 5/4/21

What is payment for: Complaint Adversary Proceeding

(*) Case Cover Sheet included.