B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## District Of <u>COLORADO</u>

| | | |
|---|---|---|
| In re <u>Matthew Curtis Witt</u>, | ) | Case No. <u>17-17630-MER</u> |
| Debtor | ) | |
| | ) | Chapter <u>7</u> |
| <u>Noel West Lane III</u> | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. <u>21-01100-MER</u> |
| | ) | |
| <u>Matthew Curtis Witt</u> | ) | |
| Defendant | ) | |

MATTHEW CURTIS WITT, DEFENDANT, )
AND )
MATTHEW CURTIS WITT, PRESIDENT AND SR. )
LOAN OFFICER, SILVER LEAF MORTGAGE, INC. )
SILVER LEAF MORTGAGE, INC. )
NICOLE WITT )
NICOLE WITT, OWNER SILVER LEAF )
MORTGAGE, INC. )
ALL AMERICAN RECORDS MANAGEMENT )
DELTA SOLUTIONS )
DAVID KAHN )
DAVID KAHN, OWNER DELTA SOLUTIONS )
TORREY LIVENICK )
TORREY LIVENICK, ESQ. )
LIVENICK LAW )
MILLER & LAW P.C. )
DAVID B. LAW )
DAVID B. LAW, MILLER & LAW P.C. )
DAVID OPPENHEIMER )
DAVID OPPENHEIMER, MILLER & LAW P.C. )
DAVID OPPENHEIMER, DAVID S. OPPENHEIMER )
LAW )
GLENN MERRICK )
GLENN MERRICK & ASSOCIATES )
GLENN MERRICK, MERRICK, SHANER, )
BERNSTEIN, LLC )
FIVE (5) DOES )

FILED
CLERK OF COURT

MAY - 6 2021

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

6MAY 21 8:47AM

## DEFENDANTS

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Matt Streigel, certify that service of this summons and a copy of the complaint was made
_____ May 5, 2021 _____ by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

1.   Matthew Curtis Witt
2792 Greatwood Way,
Highlands Ranch, Colorado 80126.

2.   Silver Leaf Mortgage, Inc.
6972 S. Vine St #366,
Centennial, CO 80122.

3.   Matthew Curtis Witt, President and Sr. Loan Officer
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4.   Nicole Witt
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

5.   Nicole Witt
2792 Greatwood Way,
Highlands Ranch, Colorado 80126

6.   All American Records Management, Inc
15580 E. Hinsdale Circle
Centennial, Colorado 80112.

7.   David Kahn
1114 Neon Forest
Circle, Longmont, Colorado 80504.

8.   David Kahn DBA Delta Solutions.com
1114 Neon Forrest
Circle, Longmont, Colorado 80504.

9.   Torrey Livenick
730 17th St Ste 900,
Denver, CO 80202.

10.  Torrey Livenick, Esq.
730 17th St Ste 900,
Denver, CO 80202.

11.  Livenick Law
730 17th St Ste 900,
Denver, CO 80202.

12.  Miller & Law P. C.

B2500A (Form 2500A) (12/15)

1900 West Littleton Boulevard,
Littleton, Colorado 80120.

13. David B. Law,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

14. David B. Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

15. David Oppenheimer
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheimer,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

17. David Oppenheimer,
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

18. Glenn W. Merrick
5360 Preserve Parkway, South,
Greenwood Village, Colorado 80121.

19. Glenn Merrick & Associates
6300 S. Syracuse Way, Suite 220
Greenwood Village, CO 80111.

20. Glenn W. Merrick,
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

21. Defendant Five (5) Doe

❑   Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑   Residence Service: By leaving the process with the following adult at:

❑   Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

B2500A (Form 2500A) (12/15)

    ❑    Publication: The defendant was served as follows: [Describe briefly]

    ❑    State Law: The defendant was served pursuant to the laws of the State of_____, as
        follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date  May 5, 2021    Signature _____

Print Name:           Matt Streigel

Address:           9825 Foxhill Circle
                Highlands Ranch, Colorado 80129