B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

# United States Bankruptcy Court
## District of Colorado

| | | |
|---|---|---|
| In re Matthew Curtis Witt | ) | Case No. 17-17630-MER |
| Debtor | ) | |
| | ) | Chapter 7 |
| | ) | |
| Noel West Lane III | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 21-01100-MER |
| | ) | |
| Matthew Curtis Witt | ) | |
| Defendant | ) | |
| MATTHEW CURTIS WITT, PRESIDENT AND SR. | ) | |
| LOAN OFFICER, SILVER LEAF MORTGAGE, INC. | ) | |
| SILVER LEAF MORTGAGE, INC. | ) | |
| NICOLE WITT | ) | |
| NICOLE WITT, OWNER SILVER LEAF | ) | |
| MORTGAGE, INC. | ) | |
| ALL AMERICAN RECORDS MANAGEMENT | ) | |
| DELTA SOLUTIONS | ) | |
| DAVID KAHN | ) | |
| DAVID KAHN, OWNER DELTA SOLUTIONS | ) | |
| TORREY LIVENICK | ) | |
| TORREY LIVENICK, ESQ. | ) | |
| LIVENICK LAW | ) | |
| MILLER & LAW P.C. | ) | |
| DAVID B. LAW | ) | |
| DAVID B. LAW, MILLER & LAW P.C. | ) | |
| DAVID OPPENHEIMER | ) | |
| DAVID OPPENHEIMER, MILLER & LAW P.C. | ) | |
| DAVID OPPENHEIMER, DAVID S. OPPENHEIMER | ) | |
| LAW | ) | |
| GLENN MERRICK | ) | |
| GLENN MERRICK & ASSOCIATES | ) | |
| GLENN MERRICK, MERRICK, SHANER, | ) | |
| BERNSTEIN, LLC | ) | |
| FIVE (5) DOES | ) | |
| | ) | |
| Defendants | ) | |

FILED
CLERK OF COURT
MAY – 6 2021
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

B2500A (Form 2500A) (12/15)
Notice to Litigants per GPO 2009-3 (1994-3)

        Address of the clerk: Clerk, U.S. Bankruptcy Court
                              U.S. Custom House
                              721 19th Street
                              Denver, CO 80202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:
                Noel West Lane III In Pro se
                1060 Ingalls Street
                Lakewood, Colorado 80214

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



By Deputy Clerk: E. King

Date: 05/05/2021

```
rst-Class Mail®    1
ge Envelope                         $2.
   Littleton, CO  80122
   Weight: 0 lb 6.40 oz
   Estimated Delivery Date
      Sat 05/08/2021
-------------------------------------
nd Total:                        $44.
-------------------------------------
lit Card Remitted                $44.
 Card Name: MasterCard
 Account #: XXXXXXXXXXXX0881
 Approval #: 08535Z
 Transaction #: 844
 AID: A0000000041010          Chip
 AL: MASTERCARD
 PIN: Not Required      CAPITAL ONE
-------------------------------------

**************************************
S is experiencing unprecedented volume
    increases and limited employee
   availability due to the impacts of
VID-19. We appreciate your patience.
**************************************

         Preview your Mail
         Track your Packages
         Sign up for FREE @
   https://informeddelivery.usps.com

       NOW HIRING. Please visit
      www.usps.com/careers to apply.

    sales final on stamps and postage.
    unds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
    : https://postalexperience.com/Pos
    an this code with your mobile device,

         [QR code]

       or call 1-800-410-7420.
-------------------------------------
335-0055
#: 840-58000055-1-5561443-1
1
```

```
First-Class Mail®    1
Large Envelope
   Littleton, CO  80120
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Denver, CO  80202
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Denver, CO  80202
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Denver, CO  80202
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Longmont, CO  80504
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Longmont, CO  80504
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Englewood, CO  80112
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Littleton, CO  80122
   Weight: 0 lb 6.40 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Littleton, CO  80126
   Weight: 0 lb 6.40 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Littleton, CO  80122
   Weight: 0 lb 6.40 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.20
Large Envelope
   Littleton, CO  80126
   Weight: 0 lb 6.40 oz
   Estimated Delivery Date
      Sat 05/08/2021
```

```
         UNITED STATES
         POSTAL SERVICE

             EDGEWATER
          1990 DEPEW ST
       LAKEWOOD, CO 80214-9998
           (800)275-8777
05/05/2021                     03:06
-------------------------------------
Product              Qty    Unit    Pr
                            Price
-------------------------------------
Prepaid Mail          1              $0

First-Class Mail®    1           $2.
Large Envelope
   Denver, CO  80237
   Weight: 0 lb 6.50 oz

First-Class Mail®    1           $2.
Large Envelope
   Englewood, CO  80111
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.
Large Envelope
   Littleton, CO  80121
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.
Large Envelope
   Littleton, CO  80120
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.
Large Envelope
   Littleton, CO  80120
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.
Large Envelope
   Littleton, CO  80120
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.
Large Envelope
   Littleton, CO  80120
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021

First-Class Mail®    1           $2.
Large Envelope
   Littleton, CO  80120
   Weight: 0 lb 6.50 oz
   Estimated Delivery Date
      Sat 05/08/2021
```