**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

FILED
CLERK OF COURT
JUL 0 2021
U.S. BANKRUPTCY CO
DISTRICT

| | |
|---|---|
| In re: MATTHEW CURTIS WITT<br><br>Debtor.<br><br>Address: 2792 Greatwood Way<br>Highlands Ranch, CO 80126<br><br><br>SSN: XXX-XX-4130 | Case No.<br>17-17630-MER<br><br>Chapter<br>7 |
| NOEL WEST LANE III<br>Plaintiff<br><br>MATTHEW CURTIS WITT, DEFENDANT,<br>AND<br>MATTHEW CURTIS WITT, PRESIDENT AND SR.<br>LOAN OFFICER, SILVER LEAF MORTGAGE, INC.<br>SILVER LEAF MORTGAGE, INC.<br>NICOLE WITT<br>NICOLE WITT, OWNER SILVER LEAF<br>MORTGAGE, INC.<br>ALL AMERICAN RECORDS MANAGEMENT<br>DELTA SOLUTIONS<br>DAVID KAHN<br>DAVID KAHN, OWNER DELTA SOLUTIONS<br>TORREY LIVENICK<br>TORREY LIVENICK, ESQ.<br>LIVENICK LAW<br>MILLER & LAW P.C.<br>DAVID B. LAW<br>DAVID B. LAW, MILLER & LAW P.C.<br>DAVID OPPENHEIM<br>DAVID OPPENHEIM, MILLER & LAW P.C.<br>DAVID OPPENHEIMER, DAVID S. OPPENHEIM<br>LAW<br>GLENN MERRICK<br>GLENN MERRICK & ASSOCIATES<br>GLENN MERRICK, MERRICK, SHANER,<br>BERNSTEIN, LLC<br>FIVE (5) DOES | Adv. Proc. No.<br>21- 001100- MER |

30 JUL 21 4:05PM

1

Defendants |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MATTHEW CURTIS WITT PURSUANT TO FED. R. CIV. P. 55(a); FED. R. BANKR. P. 7055 AND MOTION FOR ENTRY OF DEFAULT

Plaintiff Noel West Lane III ("Lane") In Pro se, by his own Request for Entry of Default Against Matthew Curtis Witt ("Witt") Pursuant to Fed. R. Civ. P. 55(a); Fed. R. Bankr. P. 7055 ("Request for Entry"), states as follows:

### JURISDICTION

1. This Court has subject matter jurisdiction over matters arising in or related to a case under Title 11 pursuant to 28 U.S.C. § 1334(b) and (e). [1]

2. This Court has core subject jurisdiction over this action pursuant to 28 U.S.C. §157(a). [2]

---

[1] 17-17630-MER is Matthew Curtis Witt. 17-17630-MER arises under the jurisdiction of Judge Michael E. Romero's U.S. Bankruptcy Court, District of Colorado and in continuity with the original filing of 09-17238-MER, 09-17437-MER in April 2009 and related cases including 09-01530-MER. 09-01530-MER is Fall River Village Communities. The 16 Trial Court Cases identified in Doc# 156 of 17-01548-MER which include Witt's multiple bankruptcies as filed, are related cases to Witt and related cases to the case at bar.

[2] Section 157(a) allows district courts to refer to bankruptcy courts bankruptcy matters over which the district court has jurisdiction. Section 1334 provides that district courts have subject matter jurisdiction over all "civil proceedings arising under title 11, or arising in or related to cases under title 11." 28 U.S.C. §1334(b). The jurisdictional statute thus offers three types of bankruptcy proceedings cognizable in bankruptcy court: "relating to," "arising in," and "arising under." *See, e.g., In re Rodriguez*, 396 B.R. 436, 448 (S.D. Tex 2008).

Jurisdiction over matters arising under title 11 and arising in cases under title 11 are generally referred to as a bankruptcy court's "core" jurisdiction. *In re Southmark Corp.*, 163 F.3d 925, 930 (5th Cir.1999). Proceedings involving substantive bankruptcy rights and the integrity of the bankruptcy courts fall within this core jurisdiction. *In re Rodriguez*, 396 B.R. at 448; *In re Wood*, 825 F.2d 90, 93 (5th Cir.1987)("If the proceeding involves a right created by the federal bankruptcy law, it is a core proceeding…"); *accord Carter v. Rodgers*, 220 F.3d 1249, 1253 (11th Cir.2000). A matter "arises under" title 11 "if it invokes a substantive right provided by title 11." *In re Southmark*, 163 F.3d at 930. **Claims that "arise in" a bankruptcy case are claims that by their nature, not their particular factual circumstances, could only arise in the context of a bankruptcy case. Stoe v. Flaherty, 436 F.3d 209, 218 (3rd Cir.2006)** (emphasis added) State law claims are not "core proceedings" because the proceedings do not invoke "a substantive right

2

3. Venue in this district is proper pursuant to 28 U.S.C. §1409(a).

4. This adversary proceeding is commenced pursuant to F.R. Bankr.P. 7001(6) of the Federal Rules of Bankruptcy Procedure.

5. The Plaintiff does consent to entry of final orders or judgment by the bankruptcy court on each claim, counterclaim, cross-claim, or third party claim.

## CERIFICATION OF CONFERRAL

6. Lane conferred with Witt in writing on July 26, 2021 and via electronic communication of Lane's notice of intent to file for Entry of Default and Default Judgement pursuant to C.R.C.P. Rule 55 and C.R.C.P. Rule 12 for alleged failure to file Witt 's Answer in the matter at issue on July 23, 2021 pursuant to this Court's Order. Lane indicated to Witt on July 26, 2021 that Lane would object to a motion filed out of time in the matter of the Answer. Witt indicated it's opposition to Lane's Request for Entry of Default.

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST WITT

7. Lane incorporates herein and submits the following in support of Lane's Request for Entry:

   a. Lane's written request for entry of a default. (Fed.R. Civ. P. 55(a); Fed. R. Bankr. P. 7055)

   b. Lane's Affidavit in support of the request that proves the party against whom default is sought has failed to plead or otherwise defend. (Fed. R. Civ. P. 55(a); Fed. R. Bankr. P. 7055)

   c. Entry of Default Form 2600 (B2600)

**Wherefore**, for all the reasons set forth in the paragraphs and exhibits identified above and incorporated by reference herein, Lane respectfully requests this Court to grant Lane's Request for Entry of Default and Lane's Motion for Entry of Default, and grant Lane any and all further relief as the Court deems appropriate.

Respectfully submitted this 30th day of July 2021.

*/s/ Na'ama Lane*

---

provided by title 11 or a proceeding that, by its nature, could arise only in the context of a bankruptcy case." *In re Seven Fields*, 505 F.3d at 256.

3

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

### Counsel for the Plaintiff

Plaintiff In Pro se:
Noel West Lane III
In Pro Se

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2021 I mailed a copy Plaintiff's Objection to Witt Parties' Motion to Dismiss for Failure to State a Claim and Request for Sanctions via US Mail to the following parties and hand delivered to the Clerk of the Court:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |

| **Attorney for** | **Attorneys and Address** |
|---|---|
| | Kelsey Jamie Buechler<br>999 18th St. Ste., 1230 S<br>Denver, CO 8020 |

Defendant
1. Matthew Curtis Witt,                                     see above
6972 S. Vine St. #366
Centennial, Colorado 80122, and

Defendants:

2. Silver Leaf Mortgage, Inc.                               see above
6972 S. Vine St #366,
Centennial, CO 80122.

3. Matthew Curtis Witt, President and Sr. Loan Officer,     see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4

| | |
|---|---|
| 4. Nicole Witt,<br>Silver Leaf Mortgage<br>6972 S. Vine St #366<br>Centennial, CO 80122. | see above |

**Attorney For:**  **Attorney Address:**

Samuel J. Stoorman
3400 E. Bayaud Ave., # 400
Denver, CO 80209

<u>Defendant</u>
5. All American Records Management, Inc.
15580 E. Hinsdale Circle
Centennial, Colorado 80112.

| | |
|---|---|
| 6. David Kahn, In Pro se<br>1114 Neon Forest Circle #2<br>Longmont, Colorado 80504. | |
| 7. David Kahn DBA Delta Solutions.com,<br>1114 Neon Forrest Circle #2<br>Longmont, Colorado 80504. | In Pro se |
| 8. Torrey Livenick,<br>730 17th St Ste 900,<br>Denver, CO 80202. | In Pro se |
| 9. Torrey Livenick, Esq,<br>730 17th St Ste 900,<br>Denver, CO 80202. | In Pro se |
| 10. Livenick Law,<br>730 17th St Ste 900,<br>Denver, CO 80202. | In Pro se |

**Attorney for**  **Attorneys and Address**
Shaun A. Christensen, #23131
Miller & Law P.C.
1900 W. Littleton Blvd.
Littleton, CO 80120

<u>Defendants</u>
11. Miller & Law P. C.
1900 West Littleton Boulevard,

5

Littleton, Colorado 80120.

12. David B. Law,                    David B. Law
Miller & Law P.C.                1900 West Littleton Boulevard
1900 West Littleton Boulevard,    Littleton, Colorado 80120.
Littleton, Colorado 80120.

13. David B. Law                  see above
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                           **Attorneys and Address**

Defendants
14. David Oppenheim            David Oppenheim
1900 West Littleton Boulevard,    1900 W. Littleton Blvd.
Littleton, Colorado 80120.         Littleton, Co 80120

15. David Oppenheim,           see above
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheim,           see above
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                           **Attorney and Address**

Defendant
17. Glenn W. Merrick           Glenn W. Merrick #10042
5360 Preserve Parkway, South,    Merrick, Shaner, and Bernstein, LLC
Greenwood Village, Colorado 80121.  4600 S. Syracuse St., 9th Floor
                                      Denver, CO 80237

18. G. W. Merrick & Associates    see above
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

19. Glenn W. Merrick,           see above
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

20. Defendant Five (5) Does

*[signature]*

Exhibits A , B