FILED
CLERK OF COURT
JUL 0 2021
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**UNITED STATES BANKRUPTCY COURT**
District of Colorado

| | |
|---|---|
| In re:  MATTHEW CURTIS WITT<br><br>Debtor.<br><br>Address: 2792 Greatwood Way<br>     Highlands Ranch, CO 80126<br><br><br>SSN:  XXX-XX-4130<br><br><br>NOEL WEST LANE III<br>     Plaintiff<br><br>MATTHEW CURTIS WITT, DEFENDANT,<br>     AND<br>MATTHEW CURTIS WITT, PRESIDENT AND SR.<br>LOAN OFFICER, SILVER LEAF MORTGAGE, INC.<br>SILVER LEAF MORTGAGE, INC.<br>NICOLE WITT<br>NICOLE WITT, OWNER SILVER LEAF<br>MORTGAGE, INC.<br>ALL AMERICAN RECORDS MANAGEMENT<br>DELTA SOLUTIONS<br>DAVID KAHN<br>DAVID KAHN, OWNER DELTA SOLUTIONS<br>TORREY LIVENICK<br>TORREY LIVENICK, ESQ.<br>LIVENICK LAW<br>MILLER & LAW P.C.<br>DAVID B. LAW<br>DAVID B. LAW, MILLER & LAW P.C.<br>DAVID OPPENHEIM<br>DAVID OPPENHEIM, MILLER & LAW P.C.<br>DAVID OPPENHEIMER, DAVID S. OPPENHEIM<br>LAW<br>GLENN MERRICK<br>GLENN MERRICK & ASSOCIATES<br>GLENN MERRICK, MERRICK, SHANER,<br>BERNSTEIN, LLC<br>FIVE (5) DOES | Case No.<br>17-17630-MER<br><br>Chapter<br>7<br><br><br><br><br><br><br><br>Adv. Proc. No.<br>21- 001100- MER |

1

Defendants |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFFS REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MATTHEW CURTIS WITT PURSUANT TO FED. R. CIV. P. 55(a); FED. R. BANKR. P. 7055 AND MOTION FOR ENTRY OF DEFAULT**

Plaintiff Noel West Lane III ("Lane") In Pro se, by his own Affidavit in Support of Plaintiff's Request for Entry of Default Against Matthew Curtis Witt ("Witt") Pursuant to Fed. R. Civ. P. 55(a); Fed. R. Bankr. P. 7055 ("Request for Entry"), states as follows:

## AFFIDAVIT

1. My name is Noel West Lane III. I am In Pro se in the Adversary Proceeding 21-001100-MER and I am over 21 years of age, and am in all ways competent to make this Affidavit.

2. The facts of the matter of Plaintiff's Request for Entry of Default are:

   a. The date the complaint was entered is May 5, 2021,
   b. The date the summons was issued is May 5, 2021,
   c. The date of service was executed on May 6, 2021,
   d. Certificate of Service is May 6, 2021,
   e. Statement that No Answer has been received or filed within the time limit affixed by the court :
   "The Defendant, Witt, filed no Answer to the Complaint on or before July 23, 2021."
   f. The Docket Report for Adversary Proceeding 21-001100-MER (See Exhibit A) shows no docket entry for a Witt Answer to Lane's Complaint was filed with the Court from the date of the Court's July 9, 2021 Order through and including July 26, 2021 as of the date of Exhibit A, which is July 30, 2021,
   g. The Court fixed a deadline of July 23, 2021 in its July 9, 2021 Order regarding the Answer, (See Exhibit B)
   h. Statement that Witt is not in the Military Service:
   "As of July 30, 2021 pursuant to SCRA Status report Certificate Number ZM1HXZ6TG0Y9LMG (See SCRA Status Report Exhibit C) Witt pursuant to 50 U.S.C. App. § 521, is not in military service.
   i. Statement that Witt is not an infant or incompetent person pas requirted by Fed. R. Civ. P. 55(b)(1):
   "Upon information and belief, Lane maintains Witt is not an infant or an incompetent person."

3. Lane incorporates in his Affidavit herein, Lane's Request for Entry:

   a. Lane's written request for entry of a default. (Fed.R. Civ. P. 55(a); Fed. R. Bankr. P. 7055)

2

b. Lane's Affidavit in support of the request that proves the party against whom default is sought has failed to plead or otherwise defend. (Fed. R. Civ. P. 55(a); Fed. R. Bankr. P. 7055)

c. Entry of Default Form 2600 (B2600)

**Further,** affiant sayeth naught.

*/s/ Noel West Lane*

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

**Counsel for the Plaintiff**

Plaintiff In Pro se:
Noel West Lane III
In Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2021 I mailed a copy Plaintiff's Affidavit via US Mail to the following parties and hand delivered to the Clerk of the Court:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |
| **Attorney for** | **Attorneys and Address** |
|  | Kelsey Jamie Buechler<br>999 18th St. Ste., 1230 S<br>Denver, CO 8020 |

Defendant
1. Matthew Curtis Witt,                         see above
6972 S. Vine St. #366

3

Centennial, Colorado 80122, and

Defendants:

| | |
|---|---|
| 2. Silver Leaf Mortgage, Inc.<br>6972 S. Vine St #366,<br>Centennial, CO 80122. | see above |
| 3. Matthew Curtis Witt, President and Sr. Loan Officer,<br>Silver Leaf Mortgage<br>6972 S. Vine St #366<br>Centennial, CO 80122. | see above |
| 4. Nicole Witt,<br>Silver Leaf Mortgage<br>6972 S. Vine St #366<br>Centennial, CO 80122. | see above |

**Attorney For**:                                                 **Attorney Address:**

Samuel J. Stoorman
3400 E. Bayaud Ave., # 400
Denver, CO 80209

Defendant
5. All American Records Management, Inc.
15580 E. Hinsdale Circle
Centennial, Colorado 80112.

6. David Kahn, In Pro se
1114 Neon Forest Circle #2
Longmont, Colorado 80504.

7. David Kahn DBA Delta Solutions.com,                In Pro se
1114 Neon Forrest Circle #2
Longmont, Colorado 80504.

8. Torrey Livenick,                                           In Pro se
730 17th St Ste 900,
Denver, CO 80202.

9. Torrey Livenick, Esq,                                     In Pro se
730 17th St Ste 900,
Denver, CO 80202.

10. Livenick Law,                                              In Pro se

730 17th St Ste 900,
Denver, CO 80202.

| **Attorney for** | **Attorneys and Address** |
| --- | --- |
| | Shaun A. Christensen, #23131 |
| | Miller & Law P.C. |
| | 1900 W. Littleton Blvd. |
| | Littleton, CO 80120 |

Defendants
11. Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12. David B. Law,                      David B. Law
Miller & Law P.C.                      1900 West Littleton Boulevard
1900 West Littleton Boulevard,         Littleton, Colorado 80120.
Littleton, Colorado 80120.

13. David B. Law                       see above
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                       **Attorneys and Address**

Defendants
14. David Oppenheim                    David Oppenheim
1900 West Littleton Boulevard,         1900 W. Littleton Blvd.
Littleton, Colorado 80120.             Littleton, Co 80120

15. David Oppenheim,                   see above
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheim,                   see above
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                       **Attorney and Address**

Defendant
17. Glenn W. Merrick                   Glenn W. Merrick #10042
5360 Preserve Parkway, South,          Merrick, Shaner, and Bernstein, LLC
Greenwood Village, Colorado 80121.     4600 S. Syracuse St., 9th Floor

5

|  |  |
|---|---|
|  | Denver, CO 80237 |
| 18. G. W. Merrick & Associates<br>4600 S. Syracuse Street, 9th Floor<br>Denver, CO 80237. | see above |
| 19. Glenn W. Merrick,<br>Merrick, Shaner, and Bernstein LLC<br>4600 S. Syracuse Street, 9th Floor<br>Denver, CO 80237. | see above |

20. Defendant Five (5) Does

*[signature]*

Exhibits A , B

# U.S. Bankruptcy Court
## District of Colorado (Denver)
### Adversary Proceeding #: 21-01100-MER

*Assigned to:* Michael E. Romero
*Lead BK Case:* 17-17630
*Lead BK Title:* Matthew Curtis Witt
*Lead BK Chapter:* 7
*Demand:* $4400000

*Date Filed:* 05/04/21

*Nature[s] of Suit:* 14 Recovery of money/property - other

*Plaintiff*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**Noel West Lane, III**
1060 Ingalls Street
Lakewood, CO 80214

represented by **Noel West Lane, III**
PRO SE

V.

*Defendant*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**Matthew Curtis Witt**
6972 S. Vine Street
Centennial, CO 80122

represented by **Kelsey Jamie Buechler**
999 18th St.
Ste., 1230 S
Denver, CO 80202
720-381-0045
Fax : 720-381-0392
Email: jamie@kjblawoffice.com

*Defendant*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**Matthew Curtis Witt**
President and Sr Loan Officer
Silver Leaf Mortgage, Inc.
6972 S. Vine Street
Centennial, CO 80122

represented by **Kelsey Jamie Buechler**
(See above for address)

*Defendant*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
**Silver Leaf Mortgage, Inc.**
6972 S. Vine St.
Centennial, CO 80122

represented by **Kelsey Jamie Buechler**
(See above for address)

*Defendant*
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

Nicole Witt
6972 S. Vine Street
Centennial, CO 80122

**Kelsey Jamie Buechler**
represented by (See above for address)

#### Defendant

------------------------

**Nicole Witt**
Owner Silver Leaf Mortgage, Inc.
6972 S. Vine Street
Centennial, CO 80122

represented by **Kelsey Jamie Buechler**
(See above for address)

#### Defendant

------------------------

**All American Records Management**
15580 E. Hinsdale Circle
Centennial, CO 80112

represented by **Samuel J. Stoorman**
3400 E. Bayaud Ave., # 400
Denver, CO 80209
303-830-7005
Fax : 303-830-9345
Email: lawfirm@stoorman.com

#### Defendant

------------------------

**Delta Solutions**
1114 Neon Forrest Circle
Longmont, CO 80504

represented by **Delta Solutions**
PRO SE

#### Defendant

------------------------

**David Kahn**
1114 Neon Forest Circle
Longmont, CO 80504

represented by **David Kahn**
PRO SE

#### Defendant

------------------------

**David Kahn**
Owner Delta Solutions
1114 Neon forrest Circle
Longmont, CO 80504

represented by **David Kahn**
PRO SE

#### Defendant

------------------------

**Torrey Livenick**
730 17th Street Ste 900
Denver, CO 80202

represented by **Torrey Livenick**
730 17th St.
Ste. 900
Denver, CO 80202

                                                                        702-371-9610
                                                   Email: torrey@livenicklaw.com

*Defendant*

---

**Torrey Livenick, Esq**
730 17th Street Ste 900
Denver, CO 80202

represented by **Torrey Livenick**
(See above for address)

*Defendant*

---

**Livenick Law**
730 17th Street Ste 900
Denver, CO 80202

represented by **Torrey Livenick**
(See above for address)

*Defendant*

---

**Miller & Law P.C.**
1900 West Littleton Blvd
Littleton, CO 80120

represented by **Shaun A. Christensen**
Miller & Law, P.C.
1900 W. Littleton Blvd.
Littleton, CO 80120
303-722-6500
Email: sac@millerandlaw.com

*Defendant*

---

**David B Law**
1900 West Littleton Blvd
Littleton, CO 80120

represented by **David B. Law**
1900 W. Littleton Blvd.
Littleton, CO 80120
303-722-6500
Fax : 303-722-9270
Email: dbl@millerandlaw.com

*Defendant*

---

**David B Law**
Miller & Law P.C.
1900 West Littleton Blvd
Littleton, CO 80120

represented by **David B. Law**
(See above for address)

*Defendant*

---

**David Oppenheimer**
1900 West Littleton Blvd
Littleton, CO 80120

represented by **David S. Oppenheim**
1900 W. Littleton B.vd.
Littleton, CO 80120
303-722-6500
Fax : 303-722-9270

Email: dso@millerandlaw.com

**Defendant**

-----------------------

**David Oppenheimer**
Miller & Law P.C.
1900 West Littleton Blvd
Littleton, CO 80120

represented by **David S. Oppenheim**
(See above for address)

**Defendant**

-----------------------

**David Oppenheimer**
David S. Oppenheimer Law
1900 West Littleton Blvd
Littleton, CO 80120

represented by **David S. Oppenheim**
(See above for address)

**Defendant**

-----------------------

**Glenn Merrick**
5360 Preserve Parkway South
Greenwood Village, CO 80121

represented by **Glenn W. Merrick**
6300 S. Syracuse Way, Suite 220
Greenwood Village, CO 80111
303-831-9400
Email: gwm@msbfirm.com

**Defendant**

-----------------------

**Glenn Merrick & Associates**
6300 S. Syracuse Way
Suite 220
Greenwood Village, CO 80111

represented by **Glenn W. Merrick**
(See above for address)

**Defendant**

-----------------------

**Glenn Merrick**
Merrick, Shaner, Bernstein, LLC
4600 S. Syracust St. 9th Fl.
Denver, CO 80237

represented by **Glenn W. Merrick**
(See above for address)

**Defendant**

-----------------------

**Five (5) DOES**

represented by **Five (5) DOES**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 07/26/2021 | 50 (11 pgs) | Response to Witt Parties' Reply in Support of Motion to Dismiss for Failure to State a Claim and Request for Sanctions filed by Noel West Lane III (related document(s)48 Reply). (ek) (Entered: 07/26/2021) |
| 07/22/2021 | 49 (14 pgs; 3 docs) | Response Filed by Torrey Livenick on behalf of Torrey Livenick, Livenick Law, Torrey Livenick, Esq (related document(s):39 Motion). (Attachments: # 1 Exhibit # 2 Exhibit) (Livenick, Torrey) (Entered: 07/22/2021) |
| 07/22/2021 | 48 (14 pgs; 2 docs) | Reply Filed by Kelsey Jamie Buechler on behalf of Silver Leaf Mortgage, Inc., Matthew Curtis Witt, Matthew Curtis Witt, Nicole Witt, Nicole Witt (related document(s):46 Motion). (Attachments: # 1 Exhibit A) (Buechler, Kelsey) (Entered: 07/22/2021) |
| 07/19/2021 | 47 (75 pgs) | Plaintiff's Objection to Witt Parties' Motion to Dismiss for Failure to State a Claim and Request for Sanctions filed by Noel West Lane III (related document(s)46 Motion). (saj) (Entered: 07/19/2021) |
| 07/15/2021 | 46 (15 pgs; 2 docs) | Motion For The Witt Parties Motion to dismiss for failure to state a claim and request for sanctions Filed by Kelsey Jamie Buechler on behalf of Silver Leaf Mortgage, Inc., Matthew Curtis Witt, Matthew Curtis Witt, Nicole Witt, Nicole Witt. (Attachments: # 1 Proposed/Unsigned Order) (Buechler, Kelsey) (Entered: 07/15/2021) |
| 07/12/2021 | 45 (3 pgs) | Notice of Change of Address For Matthew Curtis Witt, Silver Leaf Mortgage, Inc., and Nicole Witt Filed by Kelsey Jamie Buechler on behalf of Silver Leaf Mortgage, Inc., Matthew Curtis Witt, Nicole Witt. (Buechler, Kelsey) **Address Modified on 7/13/2021 (td).** (Entered: 07/12/2021) |
| 07/12/2021 | 44 (1 pg) | Returned Mail For Glenn Merrick Regarding Order Granting Motion to Extend time. (related document(s)41 Order on Motion to Extend Time To File Answer to Complaint). (rxc) (Entered: 07/12/2021) |
| 07/12/2021 | 43 (1 pg) | Returned Mail For Five (5) DOES Regarding Order Granting Extension of Time (related document(s)41 Order on Motion to Extend Time To File Answer to Complaint). (rxc) (Entered: 07/12/2021) |
| 07/11/2021 | 42 (4 pgs) | Courts Notice or Order and BNC Certificate of Mailing (related document(s)41 Order on Motion to Extend Time To File Answer to Complaint). No. of Notices: 21. Notice Date 07/11/2021. (Admin.) (Entered: 07/11/2021) |
| 07/09/2021 | 41 (2 pgs) | ORDER GRANTING THE WITT PARTIES UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFFS COMPLAINT |

| | | |
|---|---|---|
| | | Silver Leaf Mortgage, Inc. Answer Due 7/23/2021; Matthew Curtis Witt Answer Due 7/23/2021; Nicole Witt Answer Due 7/23/2021 (related document(s):40 Motion to Extend Time To File Answer to Complaint). (mcs) (Entered: 07/09/2021) |
| 07/08/2021 | 40 (7 pgs; 2 docs) | Unopposed Motion to Extend Time To File Answer to Complaint Filed by Kelsey Jamie Buechler on behalf of Matthew Curtis Witt (related document(s):1 Complaint, 7 Amended Complaint). (Attachments: # 1 Proposed/Unsigned Order) (Buechler, Kelsey) (Entered: 07/08/2021) |
| 07/07/2021 | 39 (29 pgs) | Notice of Motion and Motion to Correct Clerical Error in Complaint Entered May 10, 2021 and Submit Corrected Complaint Herein Filed by Noel West Lane III (related document(s):7 Amended Complaint). (saj) (Entered: 07/07/2021) |
| 07/07/2021 | 38 (9 pgs) | Plaintiff's Notice of Motion and Motion to Strike Torey Livenick, Torrey Livenick, ESQ., and Livenick Law, LLC's Motion to Dismiss Adversary Complaint and Clerical Error Correction filed by Noel West Lane III (related document(s):25 Motion to Dismiss Adversary Proceeding, 32 Motion to Extend Time). (saj) (Entered: 07/07/2021) |
| 07/07/2021 | 37 (9 pgs) | Plaintiff's Reply to Miller & Law P.C., David B. Law and David S. Oppenheim's Joint Objection to Plaintiff's Notice of Motion to Dismiss and Clerical Error Correction filed by Noel West Lane III (related document(s)31 Objection). (saj) (Entered: 07/07/2021) |
| 07/06/2021 | 36 (16 pgs) | Plaintiff's Response to All American Records Management's Reply to Plaintiff's Objection to Motion to Dismiss and Correction of Clerical Error Noel West Lane III (related document(s)19 Motion to Dismiss Adversary Proceeding, 30 Objection, 34 Reply). (saj) (Entered: 07/06/2021) |
| 06/24/2021 | 35 (1 pg) | Returned Mail For Glenn Merrick & Associates Regarding Order Granting Motion for Extension of Time #21 (related document(s)21 Order on Motion to Extend Time To File Answer to Complaint). (rxc) (Entered: 06/24/2021) |
| 06/23/2021 | 34 (7 pgs) | Reply Filed by Samuel J. Stoorman on behalf of All American Records Management (related document(s):19 Motion to Dismiss Adversary Proceeding). (Stoorman, Samuel) (Entered: 06/23/2021) |
| 06/21/2021 | 33 (8 pgs) | Plaintiff's Notice of Motion and Motion for Enlargement of Time to Reply to Defendant's Miller & Law P.C., David B. Law and David S. Oppenheim's Joint Objection to Plaintiff's Notice of Motion and Motion to Strike Defendant Miller & Law's Motion to Dismiss Filed by Noel West Lane III (related |

Exhibit B

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| MATTHEW CURTIS WITT, | ) Case No. 17-17630-MER |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |
| _____ | ) |
| | ) |
| NOEL WEST LANE, III, | ) Adv. Proc. No. 21-001100 MER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MATTHEW CURTIS WITT, DEFENDANT | ) |
| AND | ) |
| MATTHEW CURTIS WITT, PRESIDENT | ) |
| AND SR. LOAN OFFICER, SILVER LEAF | ) |
| MORTGAGE, INC. | ) |
| SILVER LEAF MORTGAGE, INC., | ) |
| NICOLE WITT | ) |
| NICOLE WITT, OWNER SILVER LEAF | ) |
| MORTGAGE, INC. | ) |
| ALL AMERICAN RECORDS | ) |
| MANAGEMENT | ) |
| DELTA SOLUTIONS | ) |
| DAVID KAHN | ) |
| DAVID KAHN, OWNER DELTA | ) |
| SOLUTIONS | ) |
| TORREY LIVENICK | ) |
| TORREY LIVENICK, ESQ. | ) |
| LIVENICK LAW | ) |
| MILLER & LAW, P.C. | ) |
| DAVID B. LAW | ) |
| DAVID B. LAW, MILLER & LAW, P.C. | ) |
| DAVID OPPENHEIMER | ) |
| DAVID OPPENHEIMER, MILLER & | ) |
| LAW, P.C. | ) |
| DAVID OPPENHEIMER, DAVID S. | ) |
| OPPENHEIMER LAW | ) |
| GLENN MERRICK | ) |
| GLENN MERRICK & ASSOCIATES | ) |
| GLENN MERRICK, MERRICK, SHANER | ) |
| BERNSTEIN, LLC | ) |
| FIVE (5) DOES | ) |
| | ) |
| Defendants. | ) |

# ORDER GRANTING THE WITT PARTIES' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT

THIS MATTER having come before the Court on Defendants Matthew Curtis Witt, Nicole Witt, and Silver Leaf Mortgage Inc.'s Unopposed Motion for Extension of Time to File Answer or Other Response to Plaintiff's Complaint, The Court having reviewed the Motion, any responses, and being otherwise fully advised, it is

ORDERED that Defendants' Motion for Extension of Time it GRANTED. It is

FURTHER ORDERED that Defendants shall have up to and including July 23, 2021 in which to file their Answer or other response to Plaintiff's Complaint.

Dated: July 9, 2021

BY THE COURT

United States Bankruptcy Court Judge

Department of Defense Manpower Data Center

Results as of : Jul-30-2021 11:14:25 AM

SCRA 5.8



## Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-4130 |
| Birth Date: | Jun-XX-1968 |
| Last Name: | WITT |
| First Name: | MATTHEW |
| Middle Name: | CURTIS |
| Status As Of: | Jul-30-2021 |
| Certificate ID: | ZM1HXZ6TG0Y9LMG |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955