UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| MATTHEW CURTIS WITT, ) | Case No. 17-17630-MER |
| ) | |
| Debtor. ) | Chapter 7 |
| _____ ) | |
| ) | |
| NOEL WEST LANE, III, ) | Adv. Proc. No. 21-001100 MER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MATTHEW CURTIS WITT, DEFENDANT ) | |
| AND ) | |
| MATTHEW CURTIS WITT, PRESIDENT ) | |
| AND SR. LOAN OFFICER, SILVER LEAF ) | |
| MORTGAGE, INC. ) | |
| SILVER LEAF MORTGAGE, INC., ) | |
| NICOLE WITT ) | |
| NICOLE WITT, OWNER SILVER LEAF ) | |
| MORTGAGE, INC. ) | |
| ALL AMERICAN RECORDS ) | |
| MANAGEMENT ) | |
| DELTA SOLUTIONS ) | |
| DAVID KAHN ) | |
| DAVID KAHN, OWNER DELTA ) | |
| SOLUTIONS ) | |
| TORREY LIVENICK ) | |
| TORREY LIVENICK, ESQ. ) | |
| LIVENICK LAW ) | |
| MILLER & LAW, P.C. ) | |
| DAVID B. LAW ) | |
| DAVID B. LAW, MILLER & LAW, P.C. ) | |
| DAVID OPPENHEIMER ) | |
| DAVID OPPENHEIMER, MILLER & ) | |
| LAW, P.C. ) | |
| DAVID OPPENHEIMER, DAVID S. ) | |
| OPPENHEIMER LAW ) | |
| GLENN MERRICK ) | |
| GLENN MERRICK & ASSOCIATES ) | |
| GLENN MERRICK, MERRICK, SHANER ) | |
| BERNSTEIN, LLC ) | |

| | |
|---|---|
| FIVE (5) DOES | )<br>)<br>) |
| Defendants. | ) |

**MOTION TO STRIKE PLAINTIFF'S RESPONSE TO REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND REQUEST FOR SANCTIONS**

Defendant Matthew Curtis Witt ("Mr. Witt"), Nicole Witt ("Ms. Witt"), and Silver Leaf Mortgage Company, Inc. ("Silver Leaf") (Mr. Witt, Ms. Witt, and Silver Leaf collectively referred to as the "Witt Parties") through their undersigned counsel, respectfully move this Court for an Order striking Plaintiff's Response to Witt Parties' Reply in Support of Motion to Dismiss for Failure to State a Claim and Request for Sanctions, and states as follows:

1. **Certification of Conferral:** Prior to filing this Motion, counsel undersigned conferred with Plaintiff Noel West Lane III ("Plaintiff") regarding the Witt Parties' request. Plaintiff opposes the relief sought in the Motion.

2. Plaintiff filed his initial complaint in this matter on May 4, 2021. *Docket No. 1*. Plaintiff filed an amended complaint on May 10, 2021. *Docket No. 7*. By order dated June 7, 2021, the Court extended the Witt Parties' deadline to file an answer or other response to the Complaint until July 9, 2021. *Docket No. 21*. By order dated July 9, 2021, the Court extended the Witt Parties' deadline to file an answer or other response to July 23, 2021. *Docket No. 41*. The Witt Parties' Motion to Dismiss and Request for Sanctions was filed on July 15, 2021. *Docket No 46*. The Witt Parties timely responded to Plaintiff's Complaint.

3. Local Bankruptcy Rule 7007-1 provides a party opposing a motion must file a response to same within 14 days, unless statute, rule, or order allows for a longer period of time. A reply, if allowed, may be filed within seven days of the filing

–2–

of any response. *L.B.R. 7007-1*. No additional filings are permitted either under the Local Rules or Federal Rules of Bankruptcy Procedure.

4. The Witt Parties' filed their Motion to Dismiss for Failure to State a Claim and Request for Sanctions on July 15, 2021. *Docket No. 46*. Plaintiff filed an objection thereto on July 19, 2021. *Docket No. 47*. The Witt Parties' Reply was filed on July 22, 2021. *Docket No. 49*. The Witt Parties' Motion to Dismiss was therefore fully briefed as of July 22, 2021.[1]

5. Generally, motions and supporting briefs are not a proper subject for a motion to strike. *Ysais v. New Mexico Jud. Standard Comm'n*, 616 F. Supp. 2d 1176, 1184 (D.N.M. 2009), *aff'd sub nom. Ysais v. New Mexico*, 373 F. App'x 863 (10th Cir. 2010).

6. "The exception to this principle is that a Court may 'choose to strike a filing that is not allowed by local rule, such as a surreply filed without leave of court.'" *Id. (citations omitted)*.

7. Plaintiff's Response to the Witt Parties' Reply is tantamount to an unauthorized surreply. It is the second time Plaintiff has filed an unauthorized surreply. *Docket No. 36*.

8. Plaintiff does not raise any issues in his surreply which he could not have raised in his actual response. Rather, such document is but further evidence of Plaintiff's bellicose, frivolous pursuit of Mr. Witt.

---

[1] In a related matter, on July 26, 2021, Plaintiff notified counsel for the Witt Parties of Plaintiff's intent to seek default judgment within seven days as a result of the Witt Parties' purported failure to file an answer or other response to Plaintiff's complaint per the Court's order dated July 9, 2021. Plaintiff was notified the Witt Parties' Motion to Dismiss constitutes a response to the Complaint for the purposes of seeking a default judgment. Plaintiff nevertheless appears intent on pursuing a default judgment, despite being made aware he has no basis to do so.

9. Plaintiff's Response to the Witt Parties' Reply in Support of Motion to Dismiss for Failure to State a Claim and Request for Sanctions should be stricken from the docket.

WHEREFORE, the Witt Parties move this Court for an Order striking Plaintiff's Response to the Witt Parties' Reply in Support of Motion to Dismiss for Failure to State a Claim and Request for Sanctions and for such further relief as the Court deems property.

DATED this 2nd day of August, 2021

Respectfully submitted,
Buechler Law Office, LLC

*/s/ K. Jamie Buechler*

_____
K. Jamie Buechler, #30906
Michael C. Lamb, #33295
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Jamie@kjblawoffice.com
mcl@kjblawoffice.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 2nd, 2021, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **MOTION TO STRIKE PLAINTIFF'S RESPONSE TO REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND REQUEST FOR SANCTIONS**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

All American Records Management, Inc
15580 E. Hinsdale Circle
Centennial, Colorado 80112

David Kahn
1114 Neon Forest Circle
Longmont, Colorado 80504

Charles S. Parnell
4891 Independence Street, Suite 240
Wheat Ridge, Colorado 80033

Trustee
Tom H. Connolly
950 Spruce Street, Suite 1C
Louisville, Colorado 80027

Defendant Five (5) Does
NO ADDRESS PROVIDED

David Kahn
Owner Delta Solutions
1114 Neon Forest Circle
Longmont, Colorado 80504

Noel West Lane III
Attn Noel West Lane III
1060 Ingalls Street
Lakewood, CO 80214-2129

Torrey Livenick, Esq.
730 17th St, Ste 900
Denver, CO 80202

Glenn W. Merrick
5360 Preserve Parkway South
Greenwood Village, Colorado 80121

Glenn W. Merrick, Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237

By:    */s/ Sharon E. Fox*
       For Buechler Law Office, LLC