**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEW CURTIS WITT, | ) | Case No. 17-17630-MER |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| NOEL WEST LANE, III, | ) | Adv. Proc. No. 21-01100 MER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW CURTIS WITT, DEFENDANT | ) | |
| AND | ) | |
| MATTHEW CURTIS WITT, PRESIDENT | ) | |
| AND SR. LOAN OFFICER, SILVER LEAF | ) | |
| MORTGAGE, INC. | ) | |
| SILVER LEAF MORTGAGE, INC., | ) | |
| NICOLE WITT | ) | |
| NICOLE WITT, OWNER SILVER LEAF | ) | |
| MORTGAGE, INC. | ) | |
| ALL AMERICAN RECORDS | ) | |
| MANAGEMENT | ) | |
| DELTA SOLUTIONS | ) | |
| DAVID KAHN | ) | |
| DAVID KAHN, OWNER DELTA | ) | |
| SOLUTIONS | ) | |
| TORREY LIVENICK | ) | |
| TORREY LIVENICK, ESQ. | ) | |
| LIVENICK LAW | ) | |
| MILLER & LAW, P.C. | ) | |
| DAVID B. LAW | ) | |
| DAVID B. LAW, MILLER & LAW, P.C. | ) | |
| DAVID OPPENHEIMER | ) | |
| DAVID OPPENHEIMER, MILLER & | ) | |
| LAW, P.C. | ) | |
| DAVID OPPENHEIMER, DAVID S. | ) | |
| OPPENHEIMER LAW | ) | |
| GLENN MERRICK | ) | |
| GLENN MERRICK & ASSOCIATES | ) | |
| GLENN MERRICK, MERRICK, SHANER | ) | |
| BERNSTEIN, LLC | ) | |

–1–

FIVE (5) DOES                              )
                                           )
                    Defendants.            )

## REPLY IN SUPPORT OF MOTION TO STRIKE

Defendant Matthew Curtis Witt ("Mr. Witt"), Nicole Witt ("Ms. Witt"), and Silver Leaf Mortgage Company, Inc. ("Silver Leaf") (Mr. Witt, Ms. Witt, and Silver Leaf collectively referred to as the "Witt Parties") through their undersigned counsel, submit their Reply in Support of Motion to Strike, and state as follows:

1.  As set forth in the Motion, the Witt Parties' Motion to Dismiss was fully briefed as of July 22, 2021.

2.  An unauthorized surreply is the proper subject of a motion to strike. *Ysais v. New Mexico Jud. Standard Comm'n*, 616 F. Supp. 2d 1176, 1184 (D.N.M. 2009), *aff'd sub nom. Ysais v. New Mexico*, 373 F. App'x 863 (10th Cir. 2010).

3.  Plaintiff's Response to the Witt Parties' Motion fails to cite to any statute, rule, or order authorizing the filing of a surreply, or otherwise address the merits of the Motion to Stroke.   In short, the Response is wholly non-responsive.

4.  Plaintiff's Response to the Witt Parties' Reply in Support of Motion to Dismiss for Failure to State a Claim and Request for Sanctions should be stricken from the docket.

WHEREFORE, the Witt Parties move this Court for an Order striking Plaintiff's Response to the Witt Parties' Reply in Support of Motion to Dismiss for Failure to State a Claim and Request for Sanctions and for such further relief as the Court deems proper.

–3–

DATED this 12th day of August 2021

Respectfully submitted,
Buechler Law Office, LLC

*/s/ K. Jamie Buechler*

_____
K. Jamie Buechler, #30906
Michael C. Lamb, #33295
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
Jamie@kjblawoffice.com
mcl@kjblawoffice.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 12, 2021, I served by prepaid first class mail [or (other acceptable means, i.e. via hand delivery] a copy of the **REPLY IN SUPPORT OF MOTION TO STRIKE**, on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Via U.S. Mail:

| | |
|---|---|
| All American Records Management<br>15580 E. Hinsdale Circle<br>Centennial, CO 80112 | Delta Solutions<br>David Kahn<br>1114 Neon Forrest Circle<br>Longmont, CO 80504 |
| Noel West Lane, III<br>1060 Ingalls Street<br>Lakewood, CO 80214 | Nicole Witt<br>6972 S. Vine Street<br>Centennial, CO 80122 |
| | |

**Via CM/ECF**:

| | |
|---|---|
| Shaun a. Christensen | David B. Law |
| Torrey Livenick | Glenn w. Merrick |
| David S. Oppenheim | Samuel J. Stoorman |
| | |

By:   */s/ Gabriel Quintero*
      For Buechler Law Office, LLC