**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>MATTHEW CURTIS WITT<br><br>    Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |
| NOEL WEST LANE, III<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CURTIS WITT, *et al.,*<br><br>    Defendants. | Adversary No. 21-1100 MER |

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Notice of Motion and Motion for Leave to File Surreply Response and/or Reply to Witt Parties' Reply in Support of Motion to Strike and/or Witt Parties Motion to Dismiss and Sanctions. The Court has reviewed the voluminous pleadings filed in this matter and Orders as follows:

The Plaintiff shall have leave to file <u>one</u> additional reply or surreply, as he deems necessary.

NO FURTHER PLEADINGS filed after the above referenced reply/surreply shall be considered until further order of the Court.

So ordered.

Dated August 17, 2021

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court