

Michael C. Lamb
mcl@kjblawoffice.com

June 23, 2021

**Via US Mail and Email: lane3co@outlook.com**

Noel West Lane, III
1060 Ingalls Street
Lakewood, CO 80214

      Re:    *Lane v. Witt, et al.*
              U.S Bankruptcy Court, District of Colorado, Case No. 21-01100-MER

Dear Mr. Lane:

      As you know, this office represents Matthew Curtis Witt, Nicole Witt, and Silver Leaf Mortgage, Inc. (collectively, the "Witt Parties") with respect to the above-referenced matter.[1] Enclosed, please find a draft of the Witt Parties' Motion to Dismiss for Failure to State a Claim and Request for Sanctions (the "Motion").

      A party seeking sanctions may not file its motion unless it first provides the non-moving party twenty-one (21) days in which to withdraw "the challenged paper, claim, defense, contention, allegation, or denial…" Fed.R.Bankr.P. 9011(c)(1)(A). Pursuant to the foregoing, the Witt Parties demand you dismiss or otherwise withdraw all claims against them as alleged in the Amended Complaint no later than July 14, 2021.[2] As set forth in the Motion, it is evident you failed to perform *any* due diligence as to the factual and legal bases of the claims you have brought against the Witt Parties. Some award of sanctions will be mandatory. Accordingly, it is in your best interest to dismiss the claims against the Witt Parties.

---

[1] The Witt Parties deny "Matthew Curtis Witt, President and Sr. Loan Officer, Silver Leaf Mortgage, Inc." and Nicole Witt, Owner, Silver Leaf Mortgage, Inc." are separate legal entities. However, to the extent the Court determines Mr. Witt and Ms. Witt in their capacities as owners and officers of Silver Leaf Mortgage are separate entities, this office represents those parties as well.

[2] The Witt Parties will be requesting a second extension of time in which to file a response to the Amended Complaint.

EXHIBIT A

T. 720.381.0045
F. 720.381.0382

999 18th Street
Suite 1230-S
Denver, CO
80202
KJBlawoffice.com

      Please understand this is not the first in a series of demands. Rather, it is the Witt Parties' final attempt to resolve this matter short of filing the Motion. Your prompt attention to this matter is therefore expected. Should you have any further questions, please feel free to contact me directly.

                                                   Sincerely,

                                            Michael C. Lamb, Esq.

Encl.
cc:    Client