UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| In re: MATTHEW CURTIS WITT<br><br>Debtor.<br><br>Address: 2792 Greatwood Way<br>Highlands Ranch, CO 80126<br><br>SSN: XXX-XX-4130 | Case No.<br>17-17630-MER<br><br>Chapter<br>7 |
| NOEL WEST LANE III<br>Plaintiff<br><br>MATTHEW CURTIS WITT, DEFENDANT,<br>AND<br>MATTHEW CURTIS WITT, PRESIDENT AND SR. LOAN OFFICER, SILVER LEAF MORTGAGE, INC.<br>SILVER LEAF MORTGAGE, INC.<br>NICOLE WITT<br>NICOLE WITT, OWNER SILVER LEAF MORTGAGE, INC.<br>ALL AMERICAN RECORDS MANAGEMENT<br>DELTA SOLUTIONS<br>DAVID KAHN<br>DAVID KAHN, OWNER DELTA SOLUTIONS<br>TORREY LIVENICK<br>TORREY LIVENICK, ESQ.<br>LIVENICK LAW<br>MILLER & LAW P.C.<br>DAVID B. LAW<br>DAVID B. LAW, MILLER & LAW P.C.<br>DAVID OPPENHEIM<br>DAVID OPPENHEIM, MILLER & LAW P.C.<br>DAVID OPPENHEIMER, DAVID S. OPPENHEIM LAW<br>GLENN MERRICK<br>GLENN MERRICK & ASSOCIATES<br>GLENN MERRICK, MERRICK, SHANER, BERNSTEIN, LLC<br>FIVE (5) DOES | Adv. Proc. No.<br>21- 001100- MER |

1

Defendants

---

**PLAINTIFF NOEL WEST LANE III'S NOTICE OF MOTION AND MOTION FOR THE COURT TO ACCEPT LANE'S RESPONSE TO LIVENICK PARTIES REPLY TO LANE'S OBJECTION AND ACCEPT CORRECTED OBJECTION FOR CLERICAL ERRORS**

---

Plaintiff Noel West Lane III ("Lane") In Pro se, by his own Notice of Motion and Motion For the Court to Accept Lane's Response to Livenick Parties' Reply to Lane's Objection and Accept Corrected Objection for Clerical Errors and as such states the following:

1. Lane's experience in this Court caused Lane to presume that he 1) answered Livenick Parties' Motion for Sanctions (and Witt Parties' Motion for Sanctions) with Lane's Objection, 2) Livenick Parties' replied to Lane's Answer in Objection, and 3) Lane Responded to Livenick Parties' Reply. See Exhibit A

2. Lane's experience in this Court caused Lane to presume that Lane did not violate this Court's Order for no Surreply.

3. Lane's experience caused Lane to presume that Livenick Parties' pleadings were mis-correctly identified, and Lane corrected Livenick Parties' pleading in Lane's response.

4. Lane maintains that Livenick Parties' motion to take away Lane's 14th Amendment rights in this Coiurt is more than sufficient reason for this Court to accept Lane's Response to Livenick's Reply and Lane's Notice of Motion and Motion to accept Lane's Corrected Objections.

**Wherefore**, for all the reasons set forth in the paragraphs and exhibits identified above and incorporated by reference herein, Lane respectfully requests this Court to:

Accept Lane's Response to Livenick Parties (and Witt Parties') Motion for Sanctions and Lane's Corrected Answer in Objection.

Respectfully submitted this 22nd day of February 2022.

*/s/ Noel West Lane*

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

<u>Counsel for the Plaintiff</u>

2

Plaintiff In Pro se:
Noel West Lane 111
In Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2022 I mailed a copy of Plaintiff's Notice of Motion and Motion For the Court to Accept Lane's Response to Livenick Parties' Reply to Lane's Objection and Accept Corrected Objection for Clerical Errors via US Mail to the following parties and hand delivered to the Clerk of the Court:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |

| **Attorney for** | **Attorneys and Address** |
|---|---|
|  | Kelsey_Buechler<br>999 18th St. Ste., 1230,<br>Denver, CO 8020 |

Defendant
1. Matthew Curtis Witt,                                                              see above
6972 S. Vine St. #366
Centennial, Colorado 80122, and

Defendants:

2. Silver Leaf Mortgage, Inc.                                                        see above
6972 S. Vine St #366,
Centennial, CO 80122.

3. Matthew Curtis Witt, President and Sr. Loan Officer,    see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4. Nicole Witt,                                                                               see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

| Attorney For: | Attorney Address: |
|---|---|
| | Samuel J. Stoorman |
| | 3400 E. Bayaud Ave., # 400 |
| | Denver, CO 80209 |

<u>Defendant</u>
5.  All American Records Management, Inc.
15580 E. Hinsdale Circle
Centennial, Colorado 80112.

6.  David Kahn, In Pro se
1114 Neon Forest Circle #2
Longmont, Colorado 80504.

| 7.  David Kahn DBA Delta Solutions.com, | In Pro se |
|---|---|
| 1114 Neon Forrest Circle #2 | |
| Longmont, Colorado 80504. | |

| 8.  Torrey Livenick, | In Pro se |
|---|---|
| 730 17th St Ste 900, | |
| Denver, CO 80202. | |

| 9.  Torrey Livenick, Esq, | In Pro se |
|---|---|
| 730 17th St Ste 900, | |
| Denver, CO 80202. | |

| 10. Livenick Law, | In Pro se |
|---|---|
| 730 17th St Ste 900, | |
| Denver, CO 80202. | |

| **Attorney for** | **Attorneys and Address** |
|---|---|
| | Shaun A. Christensen, #23131 |
| | Miller & Law P.C. |
| | 1900 W. Littleton Blvd. |
| | Littleton, CO 80120 |

<u>Defendants</u>
11. Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

| 12. David B. Law, | David B. Law |
|---|---|
| Miller & Law P.C. | 1900 West Littleton Boulevard |
| 1900 West Littleton Boulevard, | Littleton, Colorado 80120. |
| Littleton, Colorado 80120. | |

4

13. David B. Law                                see above
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                                **Attorneys and Address**

Defendants
14. David Oppenheim                             David Oppenheim
1900 West Littleton Boulevard,                  1900 W. Littleton Blvd.
Littleton, Colorado 80120.                      Littleton, Co 80120

15. David Oppenheim,                            see above
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheim,                            see above
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                                **Attorney and Address**

Defendant
17. Glenn W. Merrick                            Glenn W. Merrick #10042
5360 Preserve Parkway, South,                   Merrick, Shaner, and Bernstein, LLC
Greenwood Village, Colorado 80121.              4600 S. Syracuse St., 9th Floor
                                                Denver, CO 80237

18. G. W. Merrick & Associates                  see above
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

19. Glenn W. Merrick,                           see above
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

20. Defendant Five (5) Does

5

Exhibit A

### Re: FYI

Torrey Livenick <torreylivenickesq@gmail.com>
Mon 2/21/2022 12:26 AM
To: Noel Lane <lane3co@outlook.com>

Dear Mr. Lane:

Please be advised that Judge Romero has indicated that he will not read any unauthorized surreplies such as the one attached. You have not moved for any surreplies nor have you been granted leave to file the same. The Clerk accepting the filing is not the same as the Judge authorizing one.

  Virus-free. www.avg.com

On Mon, Feb 14, 2022 at 9:19 AM <lane3co@outlook.com> wrote:

> *Noel*
>
> *Noel West lane III*
> *1060 Ingalls Street*
> *Lakewood, CO 80214*
> *(303) 697-0462*

  Virus-free. www.avg.com