IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>MATTHEW CURTIS WITT<br><br>  Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |
| NOEL WEST LANE, III<br><br>  Plaintiff<br><br>v.<br><br>MATTHEW CURTIS WITT, *et al.,*<br><br>  Defendants | Adversary No. 21-1100 MER |

## ORDER DENYING MOTION

THIS MATTER comes before the Court on Plaintiff Noel West Lane III's Request to 1) Stay Results and 2) Schedule a Reconsideration Hearing Pursuant to 28 U.S.C. 59 (the "Motion"). The Court finds the Motion fails to set forth adequate grounds to grant the requested relief. Accordingly,

THE COURT DENIES the Motion.

Dated: April 15, 2022

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court