

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

IN RE NOEL WEST LANE, III,

      Debtor

|

|

|

BAP No. CO-22-007

NOEL WEST LANE, III,

      Plaintiff - Appellant,

v.

MATTHEW CURTIS WIIT, NICOLE
WITT, TORREY LIVENICK, and
LIVENICK LAW,

      Defendant - Appellee.

Bankr. No. 17-17630
Adv. No. 21-01100
Chapter 7

### Statement of Issues to be Presented

Plaintiff-Appellant, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby states the issues to be presented on appeal:

1. The bankruptcy court erred when it issued Order Denying Motion, Case: 21-01100-MER Doc# 95 filed and entered 04/15/22, and

2. The bankruptcy court erred when it issued Order, Case: 21-01100-MER Doc# 89 filed and entered 03/09/22.

3. Plaintiff-Appellant in Paragraphs 1 and 2 above,

    a. as a threshold matter asks, "Did the bankruptcy court have knowledge as presented by the evidence of concealment of a criminal act"? And in concealment of a criminal act Plaintiff-

1

Appellant asks, "Did the bankruptcy court effectively deny Plaintiff-Appellant, "the fundamental constitutional right of access to the courts" [1] ?"

      b.  as a second threshold matter asks, "What constitutional right is upheld and what purpose is served in justice when the bankruptcy court does the following: 1) grants Plaintiff-Appellant In Pro se access to the court, 2) encourages, through over 65 pleadings [2], Plaintiff-Appellant's belief in his guarantee of in pro se litigant's 5th and 14th Amendment rights, 3) acknowledges the strength of Plaintiff-Appellant's claims in 7 of 9 claims [3], which claims and subsequent pleadings include evidence of and admission to felony acts by multiple parties including substantive and procedural contravention of Plaintiff-Appellant's 5th and 14th Amendment rights, but in contravention then 4) callously expresses judicial bias to In Pro se litigants including Plaintiff-Appellant [4] by dismissing the case that originated by the Court in its Order of subpoena of the 44 Boxes [5] and dismisses without discovery or trial, thereby 5) concealing felony acts by Defendants in the case on appeal, and 6) makes clear its unconstitutional judicial bias to In Pro se litigants including Plaintiff-Appellant by encouraging adverse Parties to file for sanctions against the Plaintiff-Appellant, and further 7) grants sanctions against Plaintiff-Appellant without calculation of award, and 8) denies Plaintiff-Appellant the right to Sanction's hearing on the matters from which flow the bankruptcy court's order for Sanctions against Plaintiff-Appellant In Pro se.

      c.  The resulting threshold question arising from a and b forces Plaintiff-Appellant to ask,

---

[1] Thurgood Marshall, *Bounds v. Smith* (1977)
[2] 100 Docket Entries as of 5/3/22. *See* Designation of Record on Appeal
[3] *See* Corrected Order, Background, page 3, last paragraph, Doc# 68, 11/24/21
[4] *See* Corrected Order, Analysis, Doc# 68, 11/24/21
[5] *See* Case: 21-01100-MER, Doc# 10-1, Case: 17-1548-MER, Defendant-Appellee's Attorney's Affidavit, Doc# 82, 6/24/19

"Are the bankruptcy court's acts of judicial bias to in pro se litigants and in this case Plaintiff-Appellant, as evidenced in its rulings, violations of Plaintiff-Appellant's 5th and 14th Amendment rights through concealment and by misplaced judicial discretion and through its acts is the bankruptcy court in violation of in pro se litigants' including Plaintiff-Appellant's rights under 42 U.S.C. § 1983. Thereby, do the acts of the bankruptcy court in this case on appeal, deny Plaintiff-Appellant discovery and trial guaranteed by the US and Colorado Constitutions?"

4.  Jurisdiction is proper pursuant to United States Bankruptcy Appellant Panel of the 10th Circuit.

5.  No extensions are filed for post-trial relief.

6.  Post-Trial Motions are filed for money orders in lieu of supersedeas bond.

7.  No Post-Trial Motions are denied.

8.  No extensions for Notice of Appeal are filed.

**Wherefore,** for all the reasons set forth in the paragraphs and exhibits identified above and incorporated by reference herein, Lane respectfully requests this Court to accept Plaintiff-Appellant's:

### Statement of Issues to be Presented

Respectfully submitted this 3rd day of May 2022.

Noel West Lane Ill, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

<u>Counsel for the Plaintiff</u>

Plaintiff In Pro se:

3

Noel West Lane 111

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May 2022 I mailed a copy of Plaintiff - Appellant's Statement of Issues to be Presented via US Mail to the following parties and hand delivered to the Clerk of the Court:

**Attorneys for**                    **Attorneys and Address**

Debtor                         Charles S. Parnell
                               4891 Independence Street, Suite 240
                               Wheat Ridge, Colorado 80033


**Attorney for**                              **Attorneys and Address**

                                    Kelsey_Buechler
                               999 18th St. Ste., 1230,
                               Denver, CO 8020


Defendant
1.   Matthew Curtis Witt,                    see above
6972 S. Vine St. #366
Centennial, Colorado 80122, and

Defendants:

2.   Silver Leaf Mortgage, Inc.              see above
6972 S. Vine St #366,
Centennial, CO 80122.

3.   Matthew Curtis Witt, President and Sr. Loan Officer,   see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4.   Nicole Witt,                            see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

**Attorney For:**                              **Attorney Address:**

4

Samuel J. Stoorman
3400 E. Bayaud Ave., # 400
Denver, CO 80209

Defendant
5.  All American Records Management, Inc.
15580 E. Hinsdale Circle
Centennial, Colorado 80112.

6.  David Kahn, In Pro se
1114 Neon Forest Circle #2
Longmont, Colorado 80504.

7.  David Kahn DBA Delta Solutions.com,          In Pro se
1114 Neon Forrest Circle #2
Longmont, Colorado 80504.

8.  Torrey Livenick,                             In Pro se
730 17th St Ste 900,
 Denver, CO 80202.

9.  Torrey Livenick, Esq,                    In Pro se
730 17th St Ste 900,
Denver, CO 80202.

10. Livenick Law,                           In Pro se
730 17th St Ste 900,
Denver, CO 80202.

**Attorney for**              **Attorneys and Address**
                              Shaun A. Christensen, #23131
                              Miller & Law P.C.
                              1900 W. Littleton Blvd.
                              Littleton, CO 80120

Defendants
11. Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12. David B. Law,              David B. Law
Miller & Law P.C.              1900 West Littleton Boulevard
1900 West Littleton Boulevard, Littleton, Colorado 80120.
Littleton, Colorado 80120.

5

13. David B. Law                              see above
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                    **Attorneys and Address**

<u>Defendants</u>
14. David Oppenheim               David Oppenheim
1900 West Littleton Boulevard,    1900 W. Littleton Blvd.
Littleton, Colorado 80120.         Littleton, Co 80120

15. David Oppenheim,              see above
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheim,             see above
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

**Attorney for**                         **Attorney and Address**

<u>Defendant</u>
17. Glenn W. Merrick                 Glenn W. Merrick #10042
5360 Preserve Parkway, South,       Merrick, Shaner, and Bernstein, LLC
 Greenwood Village, Colorado 80121.  4600 S. Syracuse St., 9th Floor
                                    Denver, CO 80237

18. G. W. Merrick & Associates      see above
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

19. Glenn W. Merrick,               see above
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

20. Defendant Five (5) Does

6



**Insert this side up into time stamper.**                    (*gray bar here*)

PLEASE COMPLETE THIS FORM AND INCLUDE WITH ANY
PAYMENTS OR DOCUMENTS PLACED IN BOX.
A RECEIPT WILL BE MAILED TO YOU.

**\*\*Please write legibly\*\***

Case Number: _BAP 22-07 (21-01100-MER)_

Name: _Noel Lane_

Phone Number: _(303) 697-0462_

Amount Enclosed: $_____

What is payment for: _____