# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE TENTH CIRCUIT

| | |
|---|---|
| IN RE NOEL WEST LANE, III,<br><br>Debtor | BAP No. CO-22-007 |
| NOEL WEST LANE, III,<br><br>Plaintiff – Appellant,<br><br>v.<br><br>MATTHEW CURTIS WIIT, NICOLE WITT, TORREY LIVENICK, and LIVENICK LAW,<br><br>Defendant - Appellee. | Bankr. No. 17-17630<br>Adv. No. 21-01100<br>Chapter 7<br><br><br><br>ONE DOCUMENT |

## Filing Party

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214
Phone Number: 303-697-0462
Email: lane3co@outlook.com

## ONE DOCUMENT
(Combined Statement of Admission to Practice, Statement of Interested Parties, and Statement Regarding Oral Argument pursuant to Tenth Circuit BAP Local Rule 8003-2(d))

### Statement of Admission to Practice

Pursuant to Tenth Circuit BAP Local Rule 8003-2(a), the undersigned In Pro se representative, for Noel West Lane III in the subject case, hereby submits the following:

1. Names of interested parties who are not listed in the notice of appeal (L.R. 8003-2(b)(1)):

    [x] *See* Certificate of Service below for listing of interested parties who are not listed in the notice of appeal.

    [ ] There are no such parties.

2. Names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (L.R. 8003-2(b)(2)):**

    [ ]  _____

    [X] There are no such parent or publicly held corporations.

3. Names of any attorneys who have previously appeared but who have not entered an appearance in this Court (L.R. 8003-2(b)(3)):

    [ ]  _____

    [X] There are no such prior attorneys.

4. *Only complete this portion if (1) you are/represent the debtor or trustee, or (2) if neither the debtor nor the trustee are parties to the appeal, you are the Appellant.*

---

** See 11 U.S.C. § 101(9) for the definition of "corporation."

2

a. List each debtor not named in the caption (Fed. R. Bankr. P. 8012(b)):

☐ _____

☒ There are no debtors not named in the caption.

b. For each debtor listed in paragraph 4(a) that is a corporation, list the names of any parent corporation and any publicly held corporation that owns 10% or more of its stock (8003-2(b)(2)):

☐ _____

☒ There are no such parent or publicly held corporations.

**Statement Regarding Oral Argument**

<u>Noel West Lane III</u>, Plaintiff-Appellant, pursuant to Tenth Circuit BAP Local Rule 8003-2(c), hereby submits the following statement regarding oral argument:

☒ Oral Argument is REQUESTED.

☐ Oral argument is NOT REQUESTED.

Respectfully submitted this 3rd day of May 2022.

*/s/ Noel West Lane*

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

<u>Counsel for the Plaintiff-Appellant</u>

Plaintiff In Pro se:
Noel West Lane 111

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May 2022 I mailed a copy of Plaintiff - Appellant's Statement of Issues to be Presented via US Mail to the following parties and hand delivered to the Clerk of the Court:

3

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |

| **Attorney for** | **Attorneys and Address** |
|---|---|
| | Kelsey_Buechler<br>999 18th St. Ste., 1230,<br>Denver, CO 8020 |

<u>Defendant</u>
1.  Matthew Curtis Witt,                                       see above
6972 S. Vine St. #366
Centennial, Colorado 80122, and

<u>Defendants:</u>

2.  Silver Leaf Mortgage, Inc.                                 see above
6972 S. Vine St #366,
Centennial, CO 80122.

3.  Matthew Curtis Witt, President and Sr. Loan Officer,   see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4.  Nicole Witt,                                               see above
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

| **Attorney For:** | **Attorney Address:** |
|---|---|
| | Samuel J. Stoorman<br>3400 E. Bayaud Ave., # 400<br>Denver, CO 80209 |

<u>Defendant</u>
5.  All American Records Management, Inc.
15580 E. Hinsdale Circle
Centennial, Colorado 80112.

6.  David Kahn, In Pro se
1114 Neon Forest Circle #2

4

Longmont, Colorado 80504.

7. David Kahn DBA Delta Solutions.com,   In Pro se
1114 Neon Forrest Circle #2
Longmont, Colorado 80504.

8. Torrey Livenick,   In Pro se
730 17th St Ste 900,
Denver, CO 80202.

9. Torrey Livenick, Esq,   In Pro se
730 17th St Ste 900,
Denver, CO 80202.

10. Livenick Law,   In Pro se
730 17th St Ste 900,
Denver, CO 80202.

| **Attorney for** | **Attorneys and Address** |
|---|---|
| | Shaun A. Christensen, #23131 |
| | Miller & Law P.C. |
| | 1900 W. Littleton Blvd. |
| | Littleton, CO 80120 |

Defendants
11. Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12. David B. Law,   David B. Law
Miller & Law P.C.   1900 West Littleton Boulevard
1900 West Littleton Boulevard,   Littleton, Colorado 80120.
Littleton, Colorado 80120.

13. David B. Law   see above
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

| **Attorney for** | **Attorneys and Address** |
|---|---|

Defendants
14. David Oppenheim   David Oppenheim
1900 West Littleton Boulevard,   1900 W. Littleton Blvd.
Littleton, Colorado 80120.   Littleton, Co 80120

15. David Oppenheim,   see above

Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheim,          see above
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

| **Attorney for** | **Attorney and Address** |
|---|---|
| Defendant | |
| 17. Glenn W. Merrick<br>5360 Preserve Parkway, South,<br>Greenwood Village, Colorado 80121. | Glenn W. Merrick #10042<br>Merrick, Shaner, and Bernstein, LLC<br>4600 S. Syracuse St., 9th Floor<br>Denver, CO 80237 |
| 18. G. W. Merrick & Associates<br>4600 S. Syracuse Street, 9th Floor<br>Denver, CO 80237. | see above |
| 19. Glenn W. Merrick,<br>Merrick, Shaner, and Bernstein LLC<br>4600 S. Syracuse Street, 9th Floor<br>Denver, CO 80237. | see above |
| 20. Defendant Five (5) Does | |

*[signature]*