**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEW CURTIS WITT, | ) | Case No. 17-17630-MER |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| NOEL WEST LANE, III, | ) | Adv. Proc. No. 21-1100 MER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW C. WITT, *et al.,* | ) | |
| Defendants. | ) | |

---

**ORDER GRANTING THE WITT PARTIES' MOTION TO DISBURSE FUNDS
FROM REGISTRY OF COURT TO SATISFY SANCTIONS AWARD**

---

THIS MATTER having come before the Court on the Motion to Disburse Funds from the Registry of the Court to Satisfy the Court's Sanctions Award in favor of Matthew Curtis Witt ("Mr. Witt"), Nicole Witt ("Ms. Witt"), and Silver Leaf Mortgage Company, Inc. ("Silver Leaf") (Mr. Witt, Ms. Witt, and Silver Leaf are collectively referred to as the "Witt Parties"), the Court having reviewed the Motion and any responses or objections thereto, does hereby

FIND:

The Court entered an Order Dismissing Plaintiff's Complaint on November 24, 2021. *See Docket Nos. 68 & 76.* The Court granted The Witt Parties' Motion for Sanctions on March 9, 2022. *See Docket No. 89.* In its Order, the Court awarded The Witt Parties sanctions of $1,000.00 (the "Sanctions Award"). *Id.* Such award was required to be paid within 30 days. *Id.*

-1-

Plaintiff deposited the sum of $1,000 with the registry of this Court following the Court's granting Plaintiff's Motion for a Stay of Execution on account of the Sanctions Award in favor of The Witt Parties. *See Docket No. 101.*

All appeals of the Court's Dismissal Order and/or the Sanctions Award are now final. The Court therefore

ORDERS the Motion is GRANTED. The Clerk of the Court shall forthwith disburse the sum of $1,000 from the registry of the Court, pursuant to 28 U.S.C. §2042, and Fed.R.Civ.P. 67 (Fed.R.Bankr.P. 7067). Such funds shall be made payable and disbursed to counsel for The Witt Parties, Buechler Law Office, LLC.

Dated:_____, 2025.

BY THE COURT:


_____
U.S. BANKRUPTCY JUDGE