# WAIVER

Exhibit 2

## Supreme Court of the United States

Supreme Court, U.S.
FILED
JUL 19 2024
OFFICE OF THE CLERK

No. 23-1336

Noel West Lane, III     v.     Matthew Curtis Witt, et al.
(Petitioner)                              (Respondents)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate box:

☐ I am filing this waiver on behalf of all respondents.

☒ I only represent some respondents. I am filing this waiver on behalf of the following respondent(s):

Torrey Livenick
Livenick Law, LLC

Please check the appropriate box:

☐ I am a member of the Bar of the Supreme Court of the United States. (Filing Instructions: File a signed Waiver in the Supreme Court Electronic Filing System. The system will prompt you to enter your appearance first.)

☒ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member. (Filing Instructions: Mail the original signed form to: Supreme Court, Attn: Clerk's Office, 1 First Street, NE, Washington, D.C. 20543).

Signature _(signed)_

Date: 7/18/2024

(Type or print) Name __Torrey Livenick__
☐ Mr.    ☒ Ms.    ☐ Mrs.    ☐ Miss

Firm __Livenick Law LLC__

Address __730 17th Street Suite 900__

City & State __Denver CO__     Zip __80202__

Phone __(720) 295-8616__    Email __torrey@livenicklaw.com__

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF PRO SE. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE OR COVER LETTER IS REQUIRED.

cc: Noel Lane III

K. Jamie Buechler, Esq.

RECEIVED
JUL 30 2024
OFFICE OF THE CLERK
SUPREME COURT, U.S.

# WAIVER

**Supreme Court of the United States**

Supreme Court, U.S.
FILED
AUG 13 2024
OFFICE OF THE CLERK

No. 23-1336

Noel West Lane, III　　v.　　Matthew Curtis Witt, et al.
(Petitioner)　　　　　　　　　(Respondents)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate box:

☐ I am filing this waiver on behalf of all respondents.

☒ I only represent some respondents. I am filing this waiver on behalf of the following respondent(s):

_Matthew Witt and Nicole Witt_

Please check the appropriate box:

☐ I am a member of the Bar of the Supreme Court of the United States. (Filing Instructions: File a signed Waiver in the Supreme Court Electronic Filing System. The system will prompt you to enter your appearance first.)

☒ I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member. (Filing Instructions: Mail the original signed form to: Supreme Court, Attn: Clerk's Office, 1 First Street, NE, Washington, D.C. 20543).

Signature _[signature]_
Date: _7/24/24_
(Type or print) Name _K Jamie Buechler_
☐ Mr.　☒ Ms.　☐ Mrs.　☐ Miss
Firm _Buechler Law Office, LLC_
Address _999 18th Street #1230_
City & State _Denver CO_　Zip _80202_
Phone _7203810045_　Email _jamie@KJBlawoffice.com_

A COPY OF THIS FORM MUST BE SENT TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE OR COVER LETTER IS REQUIRED.

cc:

RECEIVED
AUG 22 2024
OFFICE OF THE CLERK
SUPREME COURT, U.S.