**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re:<br><br>Matthew Curtis Witt,<br><br>Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |
| Noel West Lane, III,<br><br>Plaintiff,<br><br>v.<br><br>Matthew Curtis Witt, et al.<br><br>Defendants. | Adversary No. 21-01100 MER |

## ORDER DENYING MOTION TO REOPEN

THIS MATTER comes before the Court on the Motion to Reopen ("**Motion**") filed by the Plaintiff Noel West Lane, III ("Lane"). Lane initiated this adversary proceeding on May 4, 2021. On January 10, 2022, this Court entered its Corrected Order dismissing Lane's Complaint. On March 9, 2022, the Court entered an Order imposing sanctions on Lane. Lane filed various appeals of this Court's orders, but all his appeals were unsuccessful. In his Motion, Lane seeks to reopen this adversary proceeding, arguing he has new evidence of "manifest fraud" committed by other parties on this Court and that this Court committed various errors in its rulings. However, Lane's arguments, to the extent this Court understands them, are a rehash of arguments he has already made to this Court or arguments he made, or should have made, in his appeals. To the extent Lane refers to evidence or matters occurring in other proceedings in other courts, those are outside of this Court's jurisdiction. Lane's Motion presents no competent evidence necessitating the reopening of this adversary proceeding or reconsideration of this Court's prior orders. Accordingly, it is hereby

ORDERED that the Motion is DENIED.

Dated: June 24, 2025.

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court