## UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| In re:    MATTHEW CURTIS WITT | Case No. 17-17630-MER |
| Debtor. | Chapter 7 |
| Address:    2792 Greatwood Way<br>Highlands Ranch, CO 80126 | |
| SSN:    XXX-XX-4130 | |

FILED
CLERK OF COURT

**JUL 1 7 2025**

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

NOEL WEST LANE III
    Plaintiff

Adv. Proc. No.
21- 001100- MER

MATTHEW CURTIS WITT, DEFENDANT,
          AND
MATTHEW CURTIS WITT, PRESIDENT AND SR.
LOAN OFFICER, SILVER LEAF MORTGAGE, INC.
SILVER LEAF MORTGAGE, INC.
NICOLE WITT
NICOLE WITT, OWNER SILVER LEAF
MORTGAGE, INC.
TORREY LIVENICK
TORREY LIVENICK, ESQ.
LIVENICK LAW
MILLER & LAW P.C.
DAVID B. LAW
DAVID B. LAW, MILLER & LAW P.C.
SHAUN A. CHRISTIENSEN, MILLER & LAW P.C.
SHAUN A. CHRISTENSEN,  APPEL, LUCAS &
CHRISTENSEN  P.C.
SHAUN A. CHRISTENSEN
DAVID OPPENHEIM
DAVID OPPENHEIM, MILLER & LAW P.C.
DAVID OPPENHEIM, DAVID S. OPPENHEIM
LAW
GLENN MERRICK
GLENN MERRICK & ASSOCIATES
GLENN MERRICK, MERRICK,
BERNSTEIN, SHANER, LLC
BUECHLER LAW OFFICE, LLC,
KELSEY JAMIE BUECHLER

1

MICHAEL LAMB, and | |

5 Does | |

Defendants | |

## PLAINTIFF NOEL WEST LANE III'S PRO SE

## NOTICE OF MOTION AND MOTION TO FILE HIS NOTICE OF APPEAL OF ODER DENYING MOTION TO REOPEN OUT OF TIME PURSUANT TO RULE 8002(d)(1)(B) DUE TO EXCUSABLE NEGLECT CAUSED BY NO NOTICE FROM THE CLERK OF THE COURT BEING DELIVERED TO THE PLAINTIFF THAT DOC#: 109, ORDER DENYING MOTION TO REOPEN, WAS ENTERED ON JUNE 26, 2025 AT 22:19:45 AND FURTHER THAT THE COURT PURSUANT TO 28 U.S.C. § 158(d)(2) AUTHORIZE PLAINTIFF'S DIRECT APPEAL OF THE ORDER OF THE BANKRUPTCY COURT TO THE DISTRICT COURT (THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT) PURSUANT TO RULE 8006(d) and Rule 8006(b)

---

**Comes now, Plaintiff Noel West Lane III Pro Se ("Lane") by His Own Notice of Motion and Motion ("Motion") to File His Notice of Appeal Out of Time Pursuant to Rule 8002(d)(1)(B) Due to Excusable Neglect Caused by No Notice from the Clerk of the Court Being Delivered to Plaintiff that Doc.#: 109. Order Denying Motion to Reopen, was Entered on June 26, 2025 at 22:19:45 and further, that the Court Pursuant to U.S.C. § 158(d)(2) Authorize Plaintiff's Direct Appeal of the Order of the Bankruptcy Court to the District Court (The United States Court of Appeals for the Tenth Circuit) Pursuant to Rule 8006(d) and Rule 8006(b) and states as follows:**

2

## Certificate of Notice Corrections and Factual Background

### Certificate of Notice Corrections

1.  The Order Denying Reopening of 21-001100-MER ("Order") is dated June 24, 2025 and The Certificate of Notice is dated June26, 2025.  The Certificate of Notice incorrectly lists the Parties identified in Lane's Motion to Reopen 21-001100-MER.

2.  Lane's corrections to the Certificate of Notice begins with the Clerk's notice list dated June 26, 2025 and is followed in 2.a. and corrected in 2.b., Lane's listing of the Parties and Lane's Certificate of Notice Recipients listed in Lane's June 6, 2025 Motion to Reopen 21-001100-MER:

    a.  The Clerk's Certificate of Notice is made on June 26, 2025:

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| ust | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |
| dft | + All American Records Management, 15580 E. Hinsdale Circle, Centennial, CO 80112-4225 |
| dft | + David B Law, 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + David B Law, Miller & Law P.C., 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + David Oppenheimer, 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + David Oppenheimer, Miller & Law P.C., 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + David Oppenheimer, David S. Oppenheimer Law, 1900 West Littleton Blvd, Littleton, CO 80120-2023 |

3

dft       + Delta Solutions, 1114 Neon Forrest Circle, Longmont, CO 80504-7046

dft       + Glenn Merrick, 5360 Preserve Parkway South, Greenwood Village, CO 80121-
          2145

dft       + Glenn Merrick, Merrick, Shaner, Bernstein, LLC, 4600 S. Syracust St. 9th Fl.,
          Denver, CO 80237-2750

dft       + Glenn Merrick & Associates, 6300 S. Syracuse Way, Suite 220, Greenwood
          Village, CO 80111-6722

dft       + Livenick Law, 730 17th Street Ste 900, Denver, CO 80202-3540

dft        + Matthew Curtis Witt, 6972 S. Vine Street, Centennial, CO 80122-3268

dft        + Matthew Curtis Witt, President and Sr Loan Officer, Silver Leaf Mortgage, Inc.,
          6972 S. Vine Street, Centennial, CO 80122-3268

dft       + Miller & Law P.C., 1900 West Littleton Blvd, Littleton, CO 80120-2023

dft       + Nicole Witt, 6972 S. Vine Street, Centennial, CO 80122-3268

dft       + Nicole Witt, Owner Silver Leaf Mortgage, Inc., 6972 S. Vine Street,
          Centennial, CO 80122-3268

dft        + Silver Leaf Mortgage, Inc., 6972 S. Vine St., Centennial, CO 80122-3268

dft        + Torrey Livenick, 730 17th Street Ste 900, Denver, CO 80202-3540

dft        + Torrey Livenick, Esq, 730 17th Street Ste 900, Denver, CO 80202-3540

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the**

**Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | + Email/Text: email@davekahn.com | Jun 24 2025 22:23:00 | David Kahn, 1114 Neon Forest Circle, Longmont, CO 80504-7046 |
| dft | + Email/Text: email@davekahn.com | Jun 24 2025 22:23:00 | David Kahn, Owner Delta Solutions, 1114 Neon forrest Circle, Longmont, CO 80504-7046 |
| pla | Email/Text: lane3co@outlook.com | Jun 24 2025 22:23:00 | Noel West Lane, III, 1060 Ingalls Street, Lakewood, CO 80214 |

TOTAL: 3

**BYPASSED RECIPIENTS**

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Five (5) DOES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

      b.  The Certificate of Notice dated June26, 2025 is incorrect.  The Certificate of Notice dated June 26, 2025 does not correctly identify the Parties and the addresses of the Parties included in the Caption of Lane's Motion to Reopen 21-001100-MER dated June 6, 2025. The Parties as listed in Lane's Motion to Reopen 21-001100-MER dated June 6, 2025 are:

      1.  Defendant Debtor Matthew C. Witt ("Witt") is an individual whose residence address is 2792 Greatwood Way, Highlands Ranch, Colorado 80126.

2.  Defendant Silver Leaf Mortgage, Inc. is a Colorado corporation ("SLM") whose address is 6792 Vine St #366, Centennial, CO 80122.

3.  Defendant Matthew Curtis Witt, is President and Sr. Loan Officer, of SLM.

4.  Defendant Nicole Witt ("NWit") is an individual whose residence is 2792 Greatwood Way, Highlands Ranch, Colorado 80126.

5.  Defendant SLM is owned by NWitt.

6.  Parties 6, 7, 8, 9, and 10 are collectively "Witt Parties".

7.  Defendant Torrey Livenick ("Livenick") is an individual whose address is 730 17th St Ste900, Denver, CO 80202.

8.  Defendant Torrey Livenick, Esq. whose address is 730 17th St Ste 900, Denver, CO 80202.

9.  Defendant Livenick Law whose address is 730 17th St Ste 900, Denver, CO 80202.

10. Parties 12, 13, and 14 collectively "Livenick Parties".

11. Defendant Miller & Law P. C. ("Miller and Law") a professional corporation whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

12. Defendant David B. Law, Miller & Law P.C. whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

13. Defendant David B. Law ("Law") an individual whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

14. Defendant Shaun A. Christensen, Miller & Law P.C. whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

15. Defendant Shaun A. Christensen ("Christensen"), an individual whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

16. Defendant David Oppenheimer an individual (Oppenheim") whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

17. Defendant David Oppenheimer, Miller & Law P.C. whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

18. Defendant David Oppenheimer, David S. Oppenheimer Law whose address is 1900 West Littleton Boulevard, Littleton, Colorado 80120.

19. Parties 16, 17, 18, 19, 20 , 21, 22, and 23 are collectively "Miller Parties".

20. Defendant Appel, Lucas & Christensen, a professional corporation ("ALC") whose address is 1624 Market Street, Suite 310, Denver, Colorado 80202.

21. Defendant Shaun A. Christensen ("Christensen"), an individual whose address is 1624 Market Street, Suite 310, Denver, Colorado 80202.

22. Parties 25 and 26 are collectively "ALC Parties".

23. Defendant Glenn w. Merrick ("Merrick") an individual whose address is 5360 Preserve Parkway, South, Greenwood Village, Colorado 80121.

24. Defendant Glenn Merrick & Associates whose address is 6300 S. Syracuse Way, Suite 220 Greenwood Village, CO 80111.

25. Defendant Glenn W. Merrick, Merrick, Shaner, and Bernstein LLC a limited liability Company ("MSB") whose address is 4600 S. Syracuse Street, 9th Floor Denver, CO 80237.

26. Parties 28, 29, and 30 are collectively "Merrick Parties".

27. Buechler Law Office LLC "BLO"), whose address is 999 18th Street, Suite 1230 S, Denver, CO 80202.

28. Kelsey Jamie Buechler ("Buechler"), whose address is 999 18th Street, Suite 1230 S, Denver, CO 80202.

29. Michael Lamb ("Lamb"), whose address is 999 18th Street, Suite 1230 S, Denver, CO 80202.

30. Parties 32, 33, and 34 are collectively "Buechler Parties".

31. Five (5) Does, and the Certificate of Service from Lane's Motion to Reopen 21-001100-MER dated June 6, 2025 is as follows:

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2025 I mailed a copy Plaintiff's Notice of Motion and Motion Pursuant to 11 U.S.C. § 350(b) (Relief for Other Cause); Fed. R. Civ. P. 60(b) (Incorporated via Bankruptcy Rule 9024) (Newly Discovered Evidence); and Rule 60(b)(2) Respectfully Requests to Re-Open 21-001100-MER and Show Cause from the Record of New Evidence that Matthew Curtis Witt, His Attorneys, and Defendants Committed Manifest Fraud on the United States Bankruptcy Court District of Colorado with Manifest Intent to Deny Plaintiff Due Process and Violate Plaintiff's 5th and 14th Amendment Rights, a Civil Rights Violation Motion was served via US Mail to the following parties and hand delivered to the Clerk of the Court:

| Attorneys for | Attorneys and Address |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |
| Trustee | Tom H. Connolly<br>950 Spruce Street, Suite 1C<br>Louisville, Colorado 80027 |

Defendant

1. Matthew Curtis Witt

8

2792 Greatwood Way,
Highlands Ranch, Colorado 80126, and

Defendants:

2. Silver Leaf Mortgage, Inc.
   6972 S. Vine St #366,
   Centennial, CO 80122.

3. Matthew Curtis Witt, President and Sr. Loan Officer
   Silver Leaf Mortgage
   6972 S. Vine St #366
   Centennial, CO 80122.

4. Nicole Witt
   Silver Leaf Mortgage
   6972 S. Vine St #366
   Centennial, CO 80122.

5. Torrey Livenick
   730 17th St Ste 900,
   Denver, CO 80202.

6. Torrey Livenick, Esq.
   730 17th St Ste 900,
   Denver, CO 80202.

7. Livenick Law
   730 17th St Ste 900,
   Denver, CO 80202.

8. Miller & Law P. C.
   1900 West Littleton Boulevard,
   Littleton, Colorado 80120.

9. David B. Law,
   Miller & Law P.C.
   1900 West Littleton Boulevard,
   Littleton, Colorado 80120.

10. David B. Law
    1900 West Littleton Boulevard,
    Littleton, Colorado 80120.

11. Shaun A. Christensen, Miller & Law P.C.
    1900 West Littleton Boulevard,

9

Littleton, Colorado 80120.

12. Shaun A. Christensen,
    1900 West Littleton
    Boulevard, Littleton, Colorado 80120.

13. Appel, Lucas & Christensen, a professional corporation
    1624 Market Street, Suite 310
    Denver, Colorado 80202

14. Shaun A. Christensen,
    1624 Market Street, Suite 310,
    Denver, Colorado 80202

15. David Oppenheimer
    1900 West Littleton Boulevard,
    Littleton, Colorado 80120.

16. David Oppenheimer,
    Miller & Law P.C.
    1900 West Littleton Boulevard,
    Littleton, Colorado 80120.

17. David Oppenheimer,
    David S. Oppenheimer Law
    1900 West Littleton Boulevard,
    Littleton, Colorado 80120.

18. Glenn W. Merrick
    5360 Preserve Parkway, South,
    Greenwood Village, Colorado 80121.

19. Glenn Merrick & Associates
    6300 S. Syracuse Way, Suite 220
    Greenwood Village, CO 80111.

20. Glenn W. Merrick,
    Merrick, Shaner, and Bernstein LLC
    4600 S. Syracuse Street, 9th Floor
    Denver, CO 80237.

21. Buechler Law Office LLC,
    999 18th Street, Suite 1230 S,
    Denver, CO 80202.

22. Kelsey Jamie Buechler,

999 18th Street, Suite 1230 S,
Denver, CO 80202.

23. Michael Lamb,
    999 18th Street, Suite 1230 S,
    Denver, CO 80202.

24. Defendant Five (5) Does

**Factual Background**

3. Rule 8002. Time to File a Notice of Appeal (a) In General. (1) Time to File. Except as

(b) and (c) provide otherwise, a notice of appeal must be filed with the bankruptcy clerk within 14

days after the judgment, order, or decree to be appealed is entered.

   a. The Order was entered June 26, 2025. *See* Exhibit 1

   b. 14 days would equal a date of July 11, 2025 for filing Lane's Notice of Appeal.

   c. Rule 8002 (d)(1)(B) extends the time to file a Notice of Appeal within 21 days after

      July 11, 2025 if Lane shows excusable neglect, thus the extended time to file a Notice

      of Appeal is August 2, 2025.

4. Lane maintains that the Clerk failed to notify Lane of the Court's order dated June 24,

2025.

   a. Lane did not receive the Clerk's notice allegedly sent by the Bankruptcy Noticing

      Center to Lane's email address, lane3co@outlook.com.

   b. Exhibit 2 contains Lane's Outlook email logs for Inbox, Junk, and All Folders from

      prior to March 19, 2020 through and including June 26, 2025 and the single email ever

      received by Lane from the Bankruptcy Noticing Center which was sent and received

      to Lane's Outlook email address and was made over five years ago.  The only email

      received from the Bankruptcy Noticing Center (bncedi@noticingcenter,com) was

received to Lane's Outlook email address (lane3co@outlook.com) on March 19, 2020. *See* Exhibit 1.

c. Lane maintains that following March 19, 2020 through and including this date, all Bankruptcy Notices have been sent to Lane's mailing address, 1060 Ingalls Street, Lakewood, Colorado 80214.

d. Lane further maintains that he did not receive any Bankruptcy Noticing Center first class or other USPS type mailings from June 6, 2025 through and including this date.

5. Rule 8006(d) and Rule 8006(b). Certifying a Direct Appeal to the Court of Appeals.

a. 8006(d) Only the court where the matter is pending under (b) may certify a direct appeal to a court of appeals. The court may do so on a party's request or on its own.

1. Lane hereby requests the Bankruptcy Court to Certify a Direct Appeal to the Colorado Court of Appeals for the Tenth Circuit.

b. 8006(b) FILING THE CERTIFICATION . The certification must be filed with the clerk of the court where the matter is pending. For purposes of this rule, a matter remains pending in the bankruptcy court for 30 days after the first notice of appeal concerning that matter becomes effective under Rule 8002. After that time, the matter is pending in the district court or BAP.

**Argument**

6. Lane has provided reasonable proofs and evidence that for whatever reason(s) the Bankruptcy Noticing Center did not timely or otherwise deliver notice of the Court's Order Denying Motion to Reopen 21-001100-MER to either Lane, Lane's email address, and/or Lane's mailing address either electronically or by first class mail following the Court's Order made on June 24, 2025, *See* Exhibits 1 and 2

12

7.   Lane has shown excusable neglect pursuant to Rule 8002(d)(1)(B) because Lane did not discover nor obtain knowledge of the Court's Order except when in his concern for the appearance of no action by the Court on Lane's Motion to Reopen 21-001100-MER, Lane accessed his PACER account on July 15, 2025 and discovered that the Court had issued an order on June24, 2025 and that the Clerk had certified the transmittal of the Court's order on June 26. 2025.

8.   Lane maintains that pursuant to U.S.C. § 158(d)(2) the Court in 21-001100-MER should authorize Plaintiff's Direct Appeal of the Order of the Bankruptcy Court to the District Court, the United States Court of Appeals for the Tenth Circuit pursuant to Rule 8006(d) and Rule 8006(b) because:

    a.   Judge Michael E. Romero issued his Order denying Lane's Motion to Reopen 21-001100-MER on June 24, 2025 and clearly stated that he/the Court had determined that Lane did not present new evidence sufficient to cause the court to grant Lane's Motion to Reopen 21-001100-MER,

    b.   Lane maintains as the factual basis of his request to appeal the Court's order that he did in fact present new evidence in his motion to reopen 21-001100-MER which new evidence is sufficient to cause the Court to reopen 21-001100-MER and thus Lane's request of the Court to be granted his motion for appeal to the United States Court of Appeals for the Tenth Circuit of the Court's order denying reopening of 21-001100-MER dated June 24, 2025 and allow Lane to pursue his due process rights guaranteed in the 5th and 14th Amendments of the US Constitution on appeal in the United States Court of Appeals for the tenth Circuit.

    c.   Further Lane maintains that he should be granted appeal to the United States Court of Appeals for the Tenth Circuit in lieu of to the Bankruptcy Appellate Panel for the

13

Tenth Circuit ("BAP") because the presiding Chief Judge of the BAP is named on the bankruptcy court's website as the Honorable Michael E. Romero and the Honorable Michael E. Romero has already made his decision in the matter of Reopening 21-001100-MER in his Order od June 24, 2025 denying Lane's Motion because Lane did not produce new evidence sufficient to reopen 21-001100-MER. Thus, appealing to the BAP would not serve the intent or the letter of 28 U.S.C. App. Fed. R. Civ. P. Rule 1.: "to secure the just, speedy, and inexpensive determination of every action and proceeding.".

d. Additionally, Certifying a Direct Appeal to the Court of Appeals for direct review under 28 U.S.C. §158(d)(2) will expedite procedural due process, conserve the resources of the courts, reduce the expense of the action and proceeding to al Parties, and insure a fair and just hearing of the issues raised on appeal.

e. Finally, granting Lane's Motion to be allowed to appeal to the United States Court of Appeals for the Tenth Circuit in lieu of first appealing to the BAP over which the Honorable Michael E. Romero presides or is empaneled as a judge is in keeping with the intent and indeed the letter of the law in 28 U.S.C. App. Fed. R. Civ. P. Rule 1.: "to secure the just, speedy, and inexpensive determination of every action and proceeding.".

## CONCLUSION

**Wherefore**, for all the reasons set forth in the paragraphs and pages identified above and incorporated by reference herein, Lane respectfully requests this Court to grant his Notice of Motion and Motion to File His Notice of Appeal Out of Time Pursuant to Rule 8002(d)(1)(B) Due to Excusable Neglect Caused by no Notice from the Clerk of the Court being delivered to Plaintiff

timely that Doc.#: 109. Order Denying Motion to Reopen, was Entered on June 26, 2025 at 22:19:45 and further, that the Court Pursuant to U.S.C. § 158(d)(2) Authorize Lane's Direct Appeal of the Order of the Bankruptcy Court to the Court of Appeals, the United States Court of Appeals for the Tenth Circuit) Pursuant to Rule 8006(d) and Rule 8006(b).

Respectfully submitted,

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

**<u>Counsel for the Plaintiff</u>**

Plaintiff In Pro se:
Noel West Lane III
In Pro Se

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 17th day of July, 2025 I mailed a copy Plaintiff's Notice of Motion and Motion to File His Notice of Appeal Out of Time Pursuant to Rule 8002(d)(1)(B) Due to Excusable Neglect Caused by No Notice from the Clerk of the Court Being Delivered to Plaintiff that Doc.#: 109. Order Denying Motion to Reopen, was Entered on June 26, 2025 at 22:19:45 and further, that the Court Pursuant to U.S.C. § 158(d)(2) Authorize Plaintiff's Direct Appeal of the Order of the Bankruptcy Court to the District Court (The United States Court of Appeals for the Tenth Circuit) Pursuant to Rule 8006(d) and Rule 8006(b) was served via US Mail to the following parties and hand delivered to the Clerk of the Court:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |
| Trustee | Tom H. Connolly<br>950 Spruce Street, Suite 1C<br>Louisville, Colorado 80027 |

<u>Defendant</u>

1.   Matthew Curtis Witt
2792 Greatwood Way,
Highlands Ranch, Colorado 80126, and

<u>Defendants:</u>

2.   Silver Leaf Mortgage, Inc.
6972 S. Vine St #366,
Centennial, CO 80122.

3.   Matthew Curtis Witt, President and Sr. Loan Officer
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4.   Nicole Witt
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

5.   Torrey Livenick
730 17th St Ste 900,
Denver, CO 80202.

6.   Torrey Livenick, Esq.
730 17th St Ste 900,
Denver, CO 80202.

7.   Livenick Law

730 17th St Ste 900,
Denver, CO 80202.

8.  Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

9.  David B. Law,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

10. David B. Law
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

11. Shaun A. Christensen, Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12.  Shaun A. Christensen,
1900 West Littleton
Boulevard, Littleton, Colorado 80120.

13. Appel, Lucas & Christensen, a professional corporation
1624 Market Street, Suite 310
Denver, Colorado 80202

14.  Shaun A. Christensen,
1624 Market Street, Suite 310,
Denver, Colorado 80202

15. David Oppenheimer
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

16. David Oppenheimer,
Miller & Law P.C.
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

17. David Oppenheimer,
David S. Oppenheimer Law
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

18. Glenn W. Merrick
5360 Preserve Parkway, South,
 Greenwood Village, Colorado 80121.

19. Glenn Merrick & Associates
6300 S. Syracuse Way, Suite 220
Greenwood Village, CO 80111.

20. Glenn W. Merrick,
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

21. Buechler Law Office LLC,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

22. Kelsey Jamie Buechler,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

23. Michael Lamb,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

24. Defendant Five (5) Does

Exhibits 1 and 2

**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | |
|---|---|
| In re:    MATTHEW CURTIS WITT | Case No. |
| | 17-17630-MER |
| Debtor. | |
| | Chapter |
| Address:    2792 Greatwood Way | 7 |
| Highlands Ranch, CO 80126 | |
| | |
| | |
| SSN:    XXX-XX-4130 | |
| | |
| | |
| NOEL WEST LANE III | |
| Plaintiff | Adv. Proc. No. |
| | 21- 001100- MER |
| MATTHEW CURTIS WITT, DEFENDANT, | |
| AND | |
| MATTHEW CURTIS WITT, PRESIDENT AND SR. | |
| LOAN OFFICER, SILVER LEAF MORTGAGE, INC. | |
| SILVER LEAF MORTGAGE, INC. | |
| NICOLE WITT | |
| NICOLE WITT, OWNER SILVER LEAF | |
| MORTGAGE, INC. | |
| TORREY LIVENICK | |
| TORREY LIVENICK, ESQ. | |
| LIVENICK LAW | |
| MILLER & LAW P.C. | |
| DAVID B. LAW | |
| DAVID B. LAW, MILLER & LAW P.C. | |
| SHAUN A. CHRISTIENSEN, MILLER & LAW P.C. | |
| SHAUN A. CHRISTENSEN,  APPEL, LUCAS & | |
| CHRISTENSEN  P.C. | |
| SHAUN A. CHRISTENSEN | |
| DAVID OPPENHEIMER | |
| DAVID OPPENHEIMER, MILLER & LAW P.C. | |
| DAVID OPPENHEIMER, DAVID S. OPPENHEIMER | |
| LAW | |
| GLENN MERRICK | |
| GLENN MERRICK & ASSOCIATES | |
| GLENN MERRICK, MERRICK, | |
| BERNSTEIN, SHANER, LLC | |
| BUECHLER LAW OFFICE, LLC, | |
| KELSEY JAMIE BUECHLER | |

19

MICHAEL LAMB , and                                          |
                                                            |
5 Does                                                      |
                                                            |
Defendants                                                  |

---

**PROPOSED ORDER GRANTING PLAINTIFF NOEL WEST LANE III'S PRO SE**

**NOTICE OF MOTION AND MOTION TO FILE HIS NOTICE OF APPEAL OF ODER**

**DENYING MOTION TO REOPEN OUT OF TIME PURSUANT TO RULE 8002(d)(1)(B)**

**DUE TO EXCUSABLE NEGLECT CAUSED BY NO NOTICE FROM THE CLERK OF**

**THE COURT BEING DELIVERED TO THE PLAINTIFF THAT DOC#: 109, ORDER**

**DENYING MOTION TO REOPEN, WAS ENTERED ON JUNE 26, 2025 AT 22:19:45**

**AND FURTHER THAT THE COURT PURSUANT TO 28 U.S.C. § 158(d)(2)**

**AUTHORIZE PLAINTIFF'S DIRECT APPEAL OF THE ORDER OF THE**

**BANKRUPTCY COURT TO THE DISTRICT COURT (THE UNITED STATES COURT**

**OF APPEALS FOR THE TENTH CIRCUIT) PURSUANT TO**

**RULE 8006(d) and Rule 8006(b)**

**THIS MATTER**, having come before the Court and the Court being fully apprised of the issues contained therein:

**HEREBY**, grants Plaintiff Noel West Lane III Pro Se ("Lane") by His Own Notice of Motion and Motion ("Motion") to File His Notice of Appeal Out of Time Pursuant to Rule 8002(d)(1)(B) Due to Excusable Neglect Caused by No Notice from the Clerk of the Court Being Delivered to Plaintiff that Doc.#: 109. Order Denying Motion to Reopen, was Entered on June 26, 2025 at 22:19:45 and further, that the Court Pursuant to U.S.C. § 158(d)(2) Authorize Plaintiff's Direct Appeal of the Order of the Bankruptcy Court to the District Court (The United States Court of Appeals for the Tenth Circuit) Pursuant to Rule 8006(d) and Rule 8006(b).

Date: _____        _____

                                                The Bankruptcy Court

United States Bankruptcy Court
District of Colorado

*Exh 1*

Lane, III,

    Plaintiff

                                             Adv. Proc. No. 21-01100-MER

Witt,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1

Date Rcvd: Jun 24, 2025

User: admin

Form ID: pdf904

Page 1 of 2

Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |
| dft | + | All American Records Management, 15580 E. Hinsdale Circle, Centennial, CO 80112-4225 |
| dft | + | David B Law, 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + | David B Law, Miller & Law P.C., 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + | David Oppenheimer, 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + | David Oppenheimer, Miller & Law P.C., 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + | David Oppenheimer, David S. Oppenheimer Law, 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + | Delta Solutions, 1114 Neon Forrest Circle, Longmont, CO 80504-7046 |
| dft | + | Glenn Merrick, 5360 Preserve Parkway South, Greenwood Village, CO 80121-2145 |
| dft | + | Glenn Merrick, Merrick, Shaner, Bernstein, LLC, 4600 S. Syracust St. 9th Fl., Denver, CO 80237-2750 |
| dft | + | Glenn Merrick & Associates, 6300 S. Syracuse Way, Suite 220, Greenwood Village, CO 80111-6722 |
| dft | + | Livenick Law, 730 17th Street Ste 900, Denver, CO 80202-3540 |
| dft | + | Matthew Curtis Witt, 6972 S. Vine Street, Centennial, CO 80122-3268 |
| dft | + | Matthew Curtis Witt, President and Sr Loan Officer, Silver Leaf Mortgage, Inc., 6972 S. Vine Street, Centennial, CO 80122-3268 |
| dft | + | Miller & Law P.C., 1900 West Littleton Blvd, Littleton, CO 80120-2023 |
| dft | + | Nicole Witt, 6972 S. Vine Street, Centennial, CO 80122-3268 |
| dft | + | Nicole Witt, Owner Silver Leaf Mortgage, Inc., 6972 S. Vine Street, Centennial, CO 80122-3268 |
| dft | + | Silver Leaf Mortgage, Inc., 6972 S. Vine St., Centennial, CO 80122-3268 |
| dft | + | Torrey Livenick, 730 17th Street Ste 900, Denver, CO 80202-3540 |
| dft | + | Torrey Livenick, Esq, 730 17th Street Ste 900, Denver, CO 80202-3540 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: email@davekahn.com | Jun 24 2025 22:23:00 | David Kahn, 1114 Neon Forest Circle, Longmont, CO 80504-7046 |
| dft | + | Email/Text: email@davekahn.com | Jun 24 2025 22:23:00 | David Kahn, Owner Delta Solutions, 1114 Neon forrest Circle, Longmont, CO 80504-7046 |
| pla | | Email/Text: lane3co@outlook.com | Jun 24 2025 22:23:00 | Noel West Lane, III, 1060 Ingalls Street, Lakewood, CO 80214 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Five (5) DOES |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: pdf904 | Total Noticed: 23 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Law | on behalf of Defendant David B Law dbl@millerandlaw.com  pej@millerandlaw.com,mms@millerandlaw.com |
| David S. Oppenheim | on behalf of Defendant David Oppenheimer dso@millerandlaw.com  dso@dsolaw.com;dmf@millerandlaw.com;bdr@millerandlaw.com;R58255@notify.bestcase.com |
| Glenn W. Merrick | on behalf of Defendant Glenn Merrick & Associates gwm@msbfirm.com  jtb@msbfirm.com |
| Glenn W. Merrick | on behalf of Defendant Glenn Merrick gwm@msbfirm.com  jtb@msbfirm.com |
| Kelsey Jamie Buechler | on behalf of Defendant Silver Leaf Mortgage  Inc. jamie@kjblawoffice.com,  Sharon@kjblawoffice.com;Gabriel@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Defendant Matthew Curtis Witt jamie@kjblawoffice.com  Sharon@kjblawoffice.com;Gabriel@kjblawoffice.com |
| Kelsey Jamie Buechler | on behalf of Defendant Nicole Witt jamie@kjblawoffice.com  Sharon@kjblawoffice.com;Gabriel@kjblawoffice.com |
| Michael Lamb | on behalf of Defendant Silver Leaf Mortgage  Inc. mlamb@wlpplaw.com, mdavis@wlpplaw.com |
| Michael Lamb | on behalf of Defendant Matthew Curtis Witt mlamb@wlpplaw.com  mdavis@wlpplaw.com |
| Michael Lamb | on behalf of Defendant Nicole Witt mlamb@wlpplaw.com  mdavis@wlpplaw.com |
| Samuel J. Stoorman | on behalf of Defendant All American Records Management lawfirm@stoorman.com |
| Shaun A. Christensen | on behalf of Defendant Miller & Law P.C. sac@millerandlaw.com  sac@millerandlaw.com,emh@millerandlaw.com |
| Torrey Livenick | on behalf of Defendant Torrey Livenick  Esq torrey@livenicklaw.com |
| Torrey Livenick | on behalf of Defendant Torrey Livenick torrey@livenicklaw.com |
| Torrey Livenick | on behalf of Defendant Livenick Law torrey@livenicklaw.com |

TOTAL: 15

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re:<br><br>Matthew Curtis Witt,<br><br>Debtor. | Case No. 17-17630 MER<br><br>Chapter 7 |
| Noel West Lane, III,<br><br>Plaintiff,<br><br>v.<br><br>Matthew Curtis Witt, et al.<br><br>Defendants. | Adversary No. 21-01100 MER |

### ORDER DENYING MOTION TO REOPEN

THIS MATTER comes before the Court on the Motion to Reopen ("**Motion**") filed by the Plaintiff Noel West Lane, III ("Lane"). Lane initiated this adversary proceeding on May 4, 2021. On January 10, 2022, this Court entered its Corrected Order dismissing Lane's Complaint. On March 9, 2022, the Court entered an Order imposing sanctions on Lane. Lane filed various appeals of this Court's orders, but all his appeals were unsuccessful. In his Motion, Lane seeks to reopen this adversary proceeding, arguing he has new evidence of "manifest fraud" committed by other parties on this Court and that this Court committed various errors in its rulings. However, Lane's arguments, to the extent this Court understands them, are a rehash of arguments he has already made to this Court or arguments he made, or should have made, in his appeals. To the extent Lane refers to evidence or matters occurring in other proceedings in other courts, those are outside of this Court's jurisdiction. Lane's Motion presents no competent evidence necessitating the reopening of this adversary proceeding or reconsideration of this Court's prior orders. Accordingly, it is hereby

ORDERED that the Motion is DENIED.

Dated: June 24, 2025.                    BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

Outlook

*[handwritten: Exh 2]*

---

### Welcome to Electronic Bankruptcy Noticing 147250-19377 [p-147647525]

*[handwritten: Outlook Email Folder Logs and 3/19/2020]*

From bncedi@noticingcenter.com <bncedi@noticingcenter.com>
Date Thu 3/19/2020 9:51 AM
To lane3co@outlook.com <lane3co@outlook.com>

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

Below is your account information:
Account Number: 147250 - 19377
Account Name: NOEL WEST LANE III

*[handwritten: bncedi @ noticingcenter.co single email]*

Your account is now authorized and your login has been activated. You are considered the primary point of contact for this account.

To review your account and make changes, go to https://bankruptcynotices.uscourts.gov.

Username: lane3co@outlook.com
Password: OeRv0Lci

We recommend that you create a login for a second account user to provide the BNC with an alternate person to contact in the event of an issue. This does not mean you will get multiple electronic notices for the same case.

If you have any questions, please contact us at ebn@baesystems.com

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored emailed address.











Junk Email ∨    ← to lane3co@outlook.com    Meet Now    NL

☰  Home    View    Help

New    Ignore    Block    Delete all    Archive    Report    Reply    Sweep    Move    Rules    Quick steps    Mark all as read    Categorize    Flag    Snooze    Print    Discover groups    Unc    Copilot

New    Delete    Report    Respond    Move    Quick steps    Tags    Print    Find    Und

□  All    Mail    Files    People    ⌕ Has attachments    ✉ Unread    & To me    @ M

| From | | Subject | | Received |
|---|---|---|---|---|
| Y | Your Wallet Wants a Raise <heather@risetotrad... | What our data says about the future   F | Junk Email | Tue 6/24 |
| FE | Fish Explorer <fishnews@fishexplorer.com> | FishExplorer June    It's a great ti... | Junk Email | Tue 6/24 |
| RB | RallyPoint Briefing <noreply@rallypoint.com> | Soldier called me a POG and told me... | Junk Email | Tue 6/24 |
| AM | ACTIVATE YOUR MEMBERSHIP <5.information.2... | AARP membership,,theres always mo... | Junk Email | Tue 6/24 |
| T | Tim <tim@ravenprinting.com> | Harvest More Leads 🍓  Branding id... | Junk Email | Tue 6/24 |
| M | McAfee <info@gnucinnabar.de> | Urgent: Your McAfee Protection Nee... | Junk Email | Tue 6/24 |
| M | McAfee <info@gnucinnabar.de> | Urgent: Your McAfee Protection Nee... | Junk Email | Tue 6/24 |
| C | Charlie Kirk, Turning Point USA <info@ouramer... | You'll never see this on the fake new... | Junk Email | Tue 6/24 |
| LA | /Loan approval/* <newsletters.gkvvd@womans... | Check-Your Bank-Account for Quick... | Junk Email | Tue 6/24 |
| UH | USA Health <today@healthy-americans.com> | Strait of Hormuz = $100 Oil? But her... | Junk Email | Tue 6/24 |
| B | Because the Market Never Sleeps <news@toda... | Blood sugar drops 30% with 1/2 tsp ... | Junk Email | Tue 6/24 |
| RM | Robert Miller <expert@retirefunded.com> | AI is helping solve a 100+ year-old m... | Junk Email | Mon 6/23 |
| Y | Your Wallet Wants a Raise <heather@risetotrad... | America is about to burn - for real th... | Junk Email | Mon 6/23 |
| RD | RYH - Flooring -- Deals.. <6821.newsletters@hu... | Up - to 50% - Off* -- on flooring ||| ... | Junk Email | Mon 6/23 |
| PA | Patriot News Alerts <alerts@email.patriotnewsa... | JUST IN: Evacuation Order ISSUED - ... | Junk Email | Mon 6/23 |
| NT | NRSC TEST <info@ouramericanfreedom.com> | FINAL TEST    We need to ensure you ... | Junk Email | Mon 6/23 |
| D | +**DEBT.RELIEF.2025**+ <newsletters.ehzjy@bx... | *Reminder*: Check-Loan Consolidati... | Junk Email | Mon 6/23 |

∨ Favorites

☆ Inbox    44686

Conversation History

∨ lane3co@hotmail.com

Inbox    44686

Junk Email    1422

Drafts    473

Sent Items    3

Deleted Items    74

Archive    66

BSA 2020 Donation Rec...

carlson

Conversation History

Imported lane3group@...

Known spam

Suspect Email

[Drafts]

mail 2 of 2

mail 2 of 3    1

mail 5

mail 5 -

My Friend Glenn

Notes    2

Quicken/Rocket Inqui...    1

xtras

Search Folders

Go to Groups











