**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | |
|---|---|
| In re: MATTHEW CURTIS WITT<br><br>Debtor.<br><br>Address: 2792 Greatwood Way<br>Highlands Ranch, CO 80126<br><br>SSN: XXX-XX-4130 | Case No.<br>17-17630-MER<br><br>Chapter<br>7 |
| NOEL WEST LANE III<br>Plaintiff<br><br>MATTHEW CURTIS WITT, DEFENDANT,<br>AND<br>MATTHEW CURTIS WITT, PRESIDENT AND SR. LOAN OFFICER, SILVER LEAF MORTGAGE, INC.<br>SILVER LEAF MORTGAGE, INC.<br>NICOLE WITT<br>NICOLE WITT, OWNER SILVER LEAF MORTGAGE, INC.<br>TORREY LIVENICK<br>TORREY LIVENICK, ESQ.<br>LIVENICK LAW<br>MILLER & LAW P.C.<br>DAVID B. LAW<br>DAVID B. LAW, MILLER & LAW P.C.<br>SHAUN A. CHRISTIENSEN, MILLER & LAW P.C.<br>SHAUN A. CHRISTENSEN, APPEL, LUCAS & CHRISTENSEN P.C.<br>SHAUN A. CHRISTENSEN<br>DAVID OPPENHEIM<br>DAVID OPPENHEIM, MILLER & LAW P.C.<br>DAVID OPPENHEIM, DAVID S. OPPENHEIM LAW<br>GLENN MERRICK<br>GLENN MERRICK & ASSOCIATES<br>GLENN MERRICK, MERRICK, BERNSTEIN, SHANER, LLC<br>BUECHLER LAW OFFICE, LLC,<br>KELSEY JAMIE BUECHLER | Adv. Proc. No.<br>21- 001100- MER |

FILED
CLERK OF COURT
AUG 11 2025
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

11AUG 25 7:55AM

MICHAEL LAMB, and

5 Does

Defendants

---

**PLAINTIFF NOEL WEST LANE III'S PRO SE**

**NOTICE OF MOTION AND MOTION PURSUANT TO 28 U.S.C. APP. FED. R. CIV. P. RULE 1 "TO SECURE THE JUST, SPEEDY, AND INEXPENSIVE DETERMINATION OF EVERY ACTION AND PROCEEDING" WHICH LANE FILES UNDER THE GUIDANCE OF *HALL V. BELLMAN*, 935 F. 2d 1106, 1110 (10th Cir. 1991), RESPECTFULLY REQUESTS THE BANKRUPTCY COURT PURSUANT TO FED. R. CIV. P. 7042, TO CONSOLIDATE LANE'S MOTIONS WHICH ARE UNRULED AS OF AUGUST 10, 2025 FOLLOWING THE BANKRUPTCY COURT'S RULING CONTAINED IN THE ORDER, DOC. #121 DATED AUGUST 1, 2025 DENYING LANE'S MOTION OF EXCUSABLE NEGLECT TO FILE A NOTICE OF APPEAL OF DOC. # 118, WHICH IS THE BANKRUPTCY COURT'S ORDER DENYING REOPENING OF 21-001100-MER DATED JUNE 24, 2025, AND CONSOLIDATE ALL LANE'S RULED AND UNRULED MOTIONS TOGETHER PRIOR TO LANE'S NOTICE OF APPEAL OF THE BANKRUPTCY COURT'S ORDER DENYING EXCUSABLE NEGLECT TO FILE A NOTICE OF APPEAL OF DOC. # 121, SO THAT PURSUANT TO FED. R. EVIDENCE 201(a), (b)(1)(2), (c)(2), (d) AND (e), THE FACTS AND EVIDENCE OF THE ISSUES TO BE RULED ON IN THE MATTER OF LANE'S PRO SE NOTICE OF APPEAL OF DOC. # 121 ARE FOUND IN THEIR ENTIRETY IN THE RECORD OF 21-001100-MER, 22-007, 23-1035, AND 23-1336, AS RULED ON IN ONE MOTION.**

---

Comes now Plaintiff Noel West Lane III's ("Lane") Pro se Notice of Motion and Motion Pursuant to 28 U.S.C. APP. Fed. R. Civ. P. Rule 1 "to Secure the Just, Speedy, and Inexpensive Determination of Every Action and Proceeding" which Lane Files Under the Guidance of *HALL V. BELLMAN*, 935 F. 2d 1106, 1110 (10th Cir. 1991), and Respectfully Requests the Bankruptcy Court Pursuant to Fed. R. Civ. P. 7042, to Consolidate Lane's Motions Which are Unruled in 21-001100-MER as of August 10, 2025 following the Bankruptcy Court's Ruling Contained in the Order, Doc. # 121 Dated August 1, 2025 Denying Lane's Motion of Excusable Neglect, to File a Notice of Appeal of Doc. # 118, Which is the Bankruptcy Court's Order Denying Reopening of 21-001100-MER dated June 24. 2025, and Consolidate All Lane's Ruled and Unruled Motions Together Prior to Lane's Notice of Appeal of the Bankruptcy Court's Order Denying Excusable Neglect to File a Notice of Appeal of Doc. # 121, So that Pursuant to Fed. R. Evidence 201(a), (b)(1)(2), (c)(2), (d) and (e), the Facts and Evidence of the Issues to be Ruled On in the Matter of Lane's Pro se Notice of Appeal of Doc. # 121 are Found in Their Entirety in the Record of 21-001100-MER, 22-007, 23-1035, and 23-1336 as Ruled On in One Motion and states as follows:

**Argument**

1. Lane incorporates by reference herein:
    a. Doc. #117 dated 06/06/2025 Motion to Reopen
    b. Doc. #118 dated 06/24/2025 Order Denying Motion
    c. Doc. #119 dated 06/26/2025 Courts Notice of Order and BNC Certificate of Mailing
    d. Doc.# 120 dated 07/17/2025 Notice of Motion and Motion to File Appeal Of Order Denying Excusable Neglect
    e. Doc. # 121 dated 08/01/2025 Order Denying Motion
    f. Doc. # 122 dated 08/03/2025 Courts Notice of Order and BNC Certificate of Mailing

2.   Lane requests consolidation of his ruled and unruled motions following the Bankruptcy Noticing Center's ("BNC") failure to notice Lane of the Bankruptcy Court's June 24, 2025 Order, Doc.# 121, pursuant to 28 U.S.C. APP.  Fed. R. Civ. P. Rule 1 and pursuant to Fed. R. Civ. P. 7042 to assist Lane, the Bankruptcy Court, and the Bankruptcy Appellate Panel of the Tenth Circuit ("BAP") in an orderly and cost effective hearing of Lane's appeal of Doc.#121 as noticed in Lane's Notice of Appeal filed timely this date with the Clerk of the Bankruptcy with all fees paid. *See* Exhibit 1

3.   Lane hereby withdraws his Motion for Enlargement of Time to File his Notice of Appeal of Doc. # 121 because as of this date Lane has timely filed his Notice of Appeal of Doc. # 121.

4.   Lane's unruled Motions requested to be consolidated and ruled on prior to hearing Lane's Appeal of Doc. #121 were filed in frustration arising in the anxiety of severe physical and emotional pain caused by spinal cord and nerve damage that was caused by herbicide exposure during four combat deployments to Vietnam in 1970, 1971, 1972, and 1973 .

5.   The impact of the pain and restriction of time on his keyboard and on Lane's ability to prepare for appeal of of Doc. #121 will be eliminated and alleviated following steroid injection procedures requested to be scheduled following the August 15, 2025 return of Lane's pain management surgeon from vacation. *See* Exhibit 3

6.   Lane apologizes to the Bankruptcy Court for taking up the Bankruptcy Court's time in filing the motions Lane is requesting to be consolidated pursuant to Rule 7042 and offers as explanation Lane's anxiety caused by ***the Bankruptcy Noticing Center's failure to notify Lane of the Bankruptcy Court's June 24, 2025 Order denying Lane's motion to reopen 21-001100-MER*** (emphasis added).

7.   BNC's failure to notify Lane pursuant to BNC's written agreement with Lane (*see*

Exhibits 2 and 4) is the root cause of Lane's motion for excusable neglect and Lane's subsequent motions which Lane is moving to consolidate.

8. The BNC's failure to notify Lane of the Bankruptcy Court's June 24, 2025 Order, Doc. 121, following Lane's 12 year effort to establish the records of fraud on the court by the Defendants listed in Lane's Motion to Reopen 21-001100-MER as Lane maintains is, "Committing Fraud on the Court as Defined in *Kenner v. C.I.R.*, 387 F.3d 689 (1968); *Kiugh v. U.S.,* 620 F.Supp. 892 (D.S.C. 1985); *Katzberg v. Regents of University of California* (2002) 127 Cal.Rptr.2d 482, 29 Cal.4th 300, 58 P.3d 339 .Constitutional Law 640); *Nudd v. Burrows* (1875), 91 US 426, 23 Led 286,290; *People ex Rel. Brzica v. Lake Barrington*, 268 Ill. App. 3d 420,425, 644 N.E.2d 66 (Ill. App. Ct. 1994)", and who are, "Violating 28 U.S.C. App. Fed. R. Civ. P. Rule 1 and by Violating 28 U.S.C. App. Fed. R. Civ. P. Rule 11(b)", and preserved in the Record of 21-001100-MER, 22-007, 23-1035 and 23-1336, is an egregious breach of Lane's rights of due process guaranteed under the 5th and 14th Amendments of the United States Constitution and which right of due process is the subject matter contained in the Record of 21-001100-MER, 22-007, 23-1035, and 23-1336.

**Wherefore**, for all the reasons set forth in the paragraphs and pages identified above and incorporated by reference herein, Lane respectfully requests this Court to grant his Notice of Motion and Motion Pursuant to 28 U.S.C. APP. Fed. R. Civ. P. Rule 1 "to Secure the Just, Speedy, and Inexpensive Determination of Every Action and Proceeding" which Lane Files Under the Guidance of *HALL V. BELLMAN*, 935 F. 2d 1106, 1110 (10th Cir. 1991), and Respectfully Requests the Bankruptcy Court Pursuant to Fed. R. Civ. P. 7042, to Consolidate Lane's Motions Which are Unruled in 21-001100-MER as of August 10, 2025 following the Bankruptcy Court's Ruling Contained in the Order, Doc. # 121 Dated August 1, 2025 Denying Lane's Motion of Excusable

Neglect, to File a Notice of Appeal of Doc. # 118, Which is the Bankruptcy Court's Order Denying Reopening of 21-001100-MER dated June 24. 2025, and Consolidate All Lane's Ruled and Unruled Motions Together Prior to Lane's Notice of Appeal of the Bankruptcy Court's Order Denying Excusable Neglect to File a Notice of Appeal of Doc. # 121, So that Pursuant to Fed. R. Evidence 201(a), (b)(1)(2), (c)(2), (d) and (e), the Facts and Evidence of the Issues to be Ruled On in the Matter of Lane's Pro se Notice of Appeal of Doc. # 121 are Found in Their Entirety in the Record of 21-001100-MER, 22-007, 23-1035, and 23-1336 as Ruled On in One Motion.

Respectfully submitted,

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214

**Counsel for the Plaintiff**

Plaintiff In Pro se:
Noel West Lane III
In Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2025 I mailed a copy Plaintiff's Notice of Motion and Motion Pursuant to 28 U.S.C. APP. Fed. R. Civ. P. Rule 1 "to Secure the Just, Speedy, and Inexpensive Determination of Every Action and Proceeding" which Lane Files Under the Guidance of *HALL V. BELLMAN*, 935 F. 2d 1106, 1110 (10th Cir. 1991), and Respectfully Requests the Bankruptcy Court Pursuant to Fed. R. Civ. P. 7042, to Consolidate Lane's Motions Which are Unruled in 21-001100-MER as of August 10, 2025 following the Bankruptcy Court's Ruling Contained in the Order, Doc. # 121 Dated August 1, 2025 Denying Lane's Motion of Excusable Neglect, to File a Notice of Appeal of Doc. # 118, Which is the Bankruptcy Court's Order Denying Reopening of 21-001100-MER dated June 24. 2025, and Consolidate All Lane's Ruled and Unruled Motions Together Prior to Lane's Notice of Appeal of the Bankruptcy Court's Order Denying Excusable Neglect to File a Notice of Appeal of Doc. # 121, So that Pursuant to Fed. R. Evidence 201(a), (b)(1)(2), (c)(2), (d) and (e), the Facts and Evidence of the Issues to be Ruled On in the Matter of Lane's Pro se Notice of Appeal of Doc. # 121 are Found in Their Entirety in the Record of 21-001100-MER, 22-007, 23-1035, and 23-1336 as Ruled On in One Motion was served via US Mail to the following parties and hand delivered to the Clerk of the Court:

| **Attorneys for** | **Attorneys and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |
| Trustee | Tom H. Connolly<br>950 Spruce Street, Suite 1C<br>Louisville, Colorado 80027 |

<u>Defendant</u>

1. Matthew Curtis Witt
2792 Greatwood Way,
Highlands Ranch, Colorado 80126, and

<u>Defendants:</u>

2. Silver Leaf Mortgage, Inc.
6972 S. Vine St #366,
Centennial, CO 80122.

3. Matthew Curtis Witt, President and Sr. Loan Officer
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4. Nicole Witt
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

5. Torrey Livenick
730 17th St Ste 900,
Denver, CO 80202.

6. Torrey Livenick, Esq.
730 17th St Ste 900,
Denver, CO 80202.

7.  Livenick Law
730 17th St Ste 900,
Denver, CO 80202.

8.  Miller & Law P. C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

9.  David B. Law,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

10. David B. Law
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

11. Shaun A. Christensen, Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12.  Shaun A. Christensen,
1900 West Littleton
Boulevard, Littleton, Colorado 80120.

13. Appel, Lucas & Christensen, a professional corporation
1624 Market Street, Suite 310
Denver, Colorado 80202

14.  Shaun A. Christensen,
1624 Market Street, Suite 310,
Denver, Colorado 80202

15. David Oppenheimer
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

16. David Oppenheimer,
Miller & Law P.C.
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

17. David Oppenheimer,
David S. Oppenheimer Law
1900 West Littleton Boulevard,
 Littleton, Colorado 80120.

18. Glenn W. Merrick
5360 Preserve Parkway, South,
 Greenwood Village, Colorado 80121.

19. Glenn Merrick & Associates
6300 S. Syracuse Way, Suite 220
Greenwood Village, CO 80111.

20. Glenn W. Merrick,
Merrick, Shaner, and Bernstein LLC
4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

21. Buechler Law Office LLC,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

22. Kelsey Jamie Buechler,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

23. Michael Lamb,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

24. Defendant Five (5) Does

Exhibits 1, 2, 3, and 4

**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

In re: MATTHEW CURTIS WITT | Case No. 17-17630-MER

Debtor.

Address: 2792 Greatwood Way
Highlands Ranch, CO 80126

Chapter 7

SSN: XXX-XX-4130

NOEL WEST LANE III
Plaintiff

Adv. Proc. No. 21- 001100- MER

MATTHEW CURTIS WITT, DEFENDANT,
AND
MATTHEW CURTIS WITT, PRESIDENT AND SR.
LOAN OFFICER, SILVER LEAF MORTGAGE, INC.
SILVER LEAF MORTGAGE, INC.
NICOLE WITT
NICOLE WITT, OWNER SILVER LEAF
MORTGAGE, INC.
TORREY LIVENICK
TORREY LIVENICK, ESQ.
LIVENICK LAW
MILLER & LAW P.C.
DAVID B. LAW
DAVID B. LAW, MILLER & LAW P.C.
SHAUN A. CHRISTIENSEN, MILLER & LAW P.C.
SHAUN A. CHRISTENSEN, APPEL, LUCAS &
CHRISTENSEN P.C.
SHAUN A. CHRISTENSEN
DAVID OPPENHEIMER
DAVID OPPENHEIMER, MILLER & LAW P.C.
DAVID OPPENHEIMER, DAVID S. OPPENHEIMER
LAW
GLENN MERRICK
GLENN MERRICK & ASSOCIATES
GLENN MERRICK, MERRICK,
BERNSTEIN, SHANER, LLC
BUECHLER LAW OFFICE, LLC,
KELSEY JAMIE BUECHLER

MICHAEL LAMB , and

5 Does

Defendants

---

**PLAINTIFF NOEL WEST LANE III'S PRO SE**

**NOTICE OF MOTION AND MOTION PURSUANT TO 28 U.S.C. APP. FED. R. CIV. P. RULE 1 "TO SECURE THE JUST, SPEEDY, AND INEXPENSIVE DETERMINATION OF EVERY ACTION AND PROCEEDING" WHICH LANE FILES UNDER THE GUIDANCE OF *HALL V. BELLMAN*, 935 F. 2d 1106, 1110 (10th Cir. 1991), RESPECTFULLY REQUESTS THE BANKRUPTCY COURT PURSUANT TO FED. R. CIV. P. 7042, TO CONSOLIDATE LANE'S MOTIONS WHICH ARE UNRULED AS OF AUGUST 10, 2025 FOLLOWING THE BANKRUPTCY COURT'S RULING CONTAINED IN THE ORDER, DOC. #121 DATED AUGUST 1, 2025 DENYING LANE'S MOTION OF EXCUSABLE NEGLECT TO FILE A NOTICE OF APPEAL OF DOC. # 118, WHICH IS THE BANKRUPTCY COURT'S ORDER DENYING REOPENING OF 21-001100-MER DATED JUNE 24, 2025, AND CONSOLIDATE ALL LANE'S RULED AND UNRULED MOTIONS TOGETHER PRIOR TO LANE'S NOTICE OF APPEAL OF THE BANKRUPTCY COURT'S ORDER DENYING EXCUSABLE NEGLECT TO FILE A NOTICE OF APPEAL OF DOC. # 121, SO THAT PURSUANT TO FED. R. EVIDENCE 201(a), (b)(1)(2), (c)(2), (d) AND (e), THE FACTS AND EVIDENCE OF THE ISSUES TO BE RULED ON IN THE MATTER OF LANE'S PRO SE NOTICE OF APPEAL OF DOC. # 121 ARE FOUND IN THEIR ENTIRETY IN THE RECORD OF 21-001100-MER, 22-**

**007, 23-1035, AND 23-1336, AS RULED ON IN ONE MOTION.**

---

**THIS MATTER**, having come before the Court and the Court being fully apprised of the issues contained therein:

**HEREBY**, grants Plaintiff Noel West Lane III Pro Se ("Lane") by His Own Notice of Motion and Motion Pursuant to 28 U.S.C. APP. Fed. R. Civ. P. Rule 1 "to Secure the Just, Speedy, and Inexpensive Determination of Every Action and Proceeding" which Lane Files Under the Guidance of *HALL V. BELLMAN*, 935 F. 2d 1106, 1110 (10th Cir. 1991), and Respectfully Requests the Bankruptcy Court Pursuant to Fed. R. Civ. P. 7042, to Consolidate Lane's Motions Which are Unruled in 21-001100-MER as of August 10, 2025 following the Bankruptcy Court's Ruling Contained in the Order, Doc. # 121 Dated August 1, 2025 Denying Lane's Motion of Excusable Neglect, to File a Notice of Appeal of Doc. # 118, Which is the Bankruptcy Court's Order Denying Reopening of 21-001100-MER dated June 24. 2025, and Consolidate All Lane's Ruled and Unruled Motions Together Prior to Lane's Notice of Appeal of the Bankruptcy Court's Order Denying Excusable Neglect to File a Notice of Appeal of Doc. # 121, So that Pursuant to Fed. R. Evidence 201(a), (b)(1)(2), (c)(2), (d) and (e), the Facts and Evidence of the Issues to be Ruled On in the Matter of Lane's Pro se Notice of Appeal of Doc. # 121 are Found in Their Entirety in the Record of 21-001100-MER, 22-007, 23-1035, and 23-1336 as Ruled On in One Motion.

Date: ____________________ ________________________________

The Bankruptcy Court

Official Form 417A (12/15)

Exhibit 1

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Noel West Lane III
2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

- ☒ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ____________

For appeals in a bankruptcy case and not in an adversary proceeding.

- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) ____________

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order Denying Motion (21-001100-MER, Doc#: 121)
2. State the date on which the judgment, order, or decree was entered: 08/01/2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Witt Parties — Attorney: Jamie Buechler
   999 18th St. Ste., 1230
   Denver, CO 80202

2. Parties: See Attached

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_______________________________________ Date: 08/11/2025

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Noel West Lane III, In Pro se
1060 Ingalls Street
Lakewood, Colorado 80214
Phone: (303) 697-0462
E-mail: lane3co@outlook.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

| **Attorneys for:** | **Attorney and Address** |
|---|---|
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |
| Trustee | Tom H. Connolly<br>950 Spruce Street, Suite 1C<br>Louisville, Colorado 80027 |

Defendant

1. Matthew Curtis Witt
2792 Greatwood Way,
Highlands Ranch, Colorado 80126, and

Defendants:

2. Silver Leaf Mortgage, Inc.
6972 S. Vine St #366,
Centennial, CO 80122.

3. Matthew Curtis Witt, President and Sr. Loan Officer
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

4. Nicole Witt
Silver Leaf Mortgage
6972 S. Vine St #366
Centennial, CO 80122.

5. Torrey Livenick
730 17th St Ste 900,
Denver, CO 80202.

6. Torrey Livenick, Esq.
730 17th St Ste 900,
Denver, CO 80202.

7. Livenick Law
730 17th St Ste 900,
Denver, CO 80202.

8. Miller & Law P. C.
1900 West Littleton Boulevard,

Littleton, Colorado 80120.

9. David B. Law,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

10. David B. Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

11. Shaun A. Christensen, Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

12. Shaun A. Christensen,
1900 West Littleton
Boulevard, Littleton, Colorado 80120.

13. Appel, Lucas & Christensen, a professional corporation
1624 Market Street, Suite 310
Denver, Colorado 80202

14. Shaun A. Christensen,
1624 Market Street, Suite 310,
Denver, Colorado 80202

15. David Oppenheimer
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

16. David Oppenheimer,
Miller & Law P.C.
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

17. David Oppenheimer,
David S. Oppenheimer Law
1900 West Littleton Boulevard,
Littleton, Colorado 80120.

18. Glenn W. Merrick
5360 Preserve Parkway, South,
Greenwood Village, Colorado 80121.

19. Glenn Merrick & Associates
6300 S. Syracuse Way, Suite 220
Greenwood Village, CO 80111.

20. Glenn W. Merrick,
Merrick, Shaner, and Bernstein LLC

4600 S. Syracuse Street, 9th Floor
Denver, CO 80237.

21. Buechler Law Office LLC,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

22. Kelsey Jamie Buechler,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

23. Michael Lamb,
999 18th Street, Suite 1230 S,
Denver, CO 80202.

24. Defendant Five (5) Does

Official Form 417A          Notice of Appeal and Statement of Election

Exhibits 1 and 4

Exhibit 2

Email logs lane3co@outlook.com bncedi@noticingcenter.com

Outlook

Welcome to Electronic Bankruptcy Noticing 147250-19377 [p-147647525]

From bncedi@noticingcenter.com <bncedi@noticingcenter.com>
Date Thu 3/19/2020 9:51 AM
To lane3co@outlook.com <lane3co@outlook.com>

Welcome to the Bankruptcy Noticing Center (BNC) Services and thank you for signing up to receive your bankruptcy notices electronically from the BNC. Electronic Bankruptcy Noticing (EBN) is a FREE service provided by the U.S. Bankruptcy Courts that allow court notices to be transmitted electronically, delivering them faster and more conveniently to you.

bncedi@noticingcenter.com single email

Below is your account information:
Account Number: 147250 - 19377
Account Name: NOEL WEST LANE III

Your account is now authorized and your login has been activated. You are considered the primary point of contact for this account.

To review your account and make changes, go to https://bankruptcynotices.uscourts.gov.

Username: lane3co@outlook.com
Password: OeRv0Lci

We recommend that you create a login for a second account user to provide the BNC with an alternate person to contact in the event of an issue. This does not mean you will get multiple electronic notices for the same case.

If you have any questions, please contact us at ebn@baesystems.com

Sincerely,

The Bankruptcy Noticing Center Support Team
(877) 837-3424
ebn@baesystems.com
https://bankruptcynotices.uscourts.gov

Please note this email address is not a monitored emailed address.

Delete all | Rules | Quick steps | Mark all as read | Discover groups

Favorites
- Inbox 44688
- Conversation History

lane3co@hotmail.com
- Inbox 44688
- Junk Email
- Drafts
- Sent Items 5
- Deleted Items 74
- Archive 66
- BSA 2020 Donation Rec...
- carlson
- Conversation History
- Imported lane3group@...
  - Known spam
  - Suspect Email
  - [Drafts]
- mail 2 of 2
- mail 3 of 3
- mail 5
- mail 5 -
- My Friend Glenn
- Notes
- Quicken/Rocket Inqui... 1
- Search Folders

Go to Groups

All | Mail | Files | People | Has attachments | Unread | To me

| | From | Subject | | Received |
|---|---|---|---|---|
| T | Tim <tim@ravenprinting.com> | Harvest More Leads Branding ki... | Junk Email | Tue 6/24 |
| M | McAfee <info@gnucinnaber.de> | Urgent: Your McAfee Protection Nee... | Junk Email | Tue 6/24 |
| M | McAfee <info@gnucinnaber.de> | Urgent: Your McAfee Protection Nee... | Junk Email | [illegible] |
| C | Charlie Kirk, Turning Point USA <info@ouramer... | You'll never see this on the fake new... | Junk Email | [illegible] |
| LA | Loan approval[illegible] <newsletter[illegible]@womens... | Check Your Bank Account for Quick, ... | Junk Email | [illegible] |
| UH | USA Health <today@healthy-americans.com> | Strait of Hormuz = $100 Oil? But her... | Junk Email | [illegible] |
| B | Because the Market Never Sleeps <news@todi... | Blood sugar drops 50% with 1/2 tsp ... | Junk Email | [illegible] |
| RM | Robert Miller <expert@[illegible]> | AI is helping solve a 100+ year-old m... | Junk Email | [illegible] |
| Y | Your Wallet Wants a Raise <[illegible]... | America is about to burn - for real th... | Junk Email | Mon 6/23 |
| RD | RVH - Flooring -- Deals.. <[illegible]newsletters@... | Up - to [illegible] - Off - - on flooring [illegible] ... | Junk Email | [illegible] |
| PA | Patriot News Alerts <alerts@email.patriotnews... | JUST IN: Evacuation Order ISSUED - ... | Junk Email | [illegible] |
| NT | NRSC TEST <info@ouramericanfreedom.com> | FINAL TEST We need to ensure yo... | Junk Email | [illegible] |
| D | [illegible] DEBT.RELIEF.2025 [illegible] <newsletters.[illegible]... | [illegible] | Junk Email | [illegible] |
| B | BATHROOM.REMODELING.2025 <[illegible]information.... | Looking to Upgrade Your Bathroom... | Junk Email | [illegible] |
| AB | Amazon Business <no-reply@business.amazon.... | [illegible] start saving now with Amazon ... | Junk Email | [illegible] |
| PS | Paromita Sarder <[illegible]@gmail.com> | [illegible] | Junk Email | [illegible] |
| B | Because the Market Never Sleeps <news@todi... | [illegible] | Junk Email | [illegible] |

New | Delete all | Rules | Quick steps | Mark all as read | Discover groups | Copilot

- Favorites
  - Inbox 44688
  - Conversation History
- lane3co@hotmail.com
  - Inbox 44688
  - Junk Email
  - Drafts
  - Sent Items
  - Deleted Items 74
  - Archive 66
  - BSA 2020 Donation Rec...
  - carlson
  - Conversation History
  - Imported lane3group@...
    - Known spam
    - Suspect Email
    - [Drafts]
  - mail 2 of 2
  - mail 2 of 3
  - mail 5
  - mail 5 -
  - My Friend Glenn
  - Notes
  - Quicken/Rocket Inqui...
  - xtras
  - Search Folders
- Go to Groups

All | Mail | Files | People | Has attachments | Unread | To me

| | From | Subject | | Received |
|---|---|---|---|---|
| S | StocksLiveReports.com <alerts@email.stockslive... | Trumps Secret Plan to Save Social Se... | Junk Email | Wed 6/25 |
| S | StocksLiveReports.com <alerts@email.stockslive... | 1 spoonful kills bulletproof cancer cells | Junk Email | Tue 6/24 |
| B | Breaking: Stop Trading Like a Rookie <latest@tr... | AI is helping solve a 100 - year-old m... | Junk Email | [illegible] |
| RM | Robert Miller <expert@redrefordcd.com> | Top Doctor: Why Drinking THIS Type... | Junk Email | Tue 6/24 |
| S | StocksLiveReports.com <alerts@email.stockslive... | America is about to burn - for real th... | Junk Email | Tue 6/24 |
| T | Tokens That Speak Louder <hello@uniquato.ten... | What our data says about the future | Junk Email | Tue 6/24 |
| C | Caught on Satellite: U.S. Strike — William Miller... | Pentagon PANIC: AI Weapons Active ... | Junk Email | Tue 6/24 |
| LM | Lakewood Family Medicine <noreply@patient-... | You have a new message from Lakew... | Junk Email | Tue 6/24 |
| T | The Income You've Been Missing <latest@trade... | Trump Just Ignited a 33 Trillion Energ... | Junk Email | [illegible] |
| RL | Research Lab <admin@redreefresearch.com> | Wall Street: This AI stock has [illegible] o... | Junk Email | [illegible] |
| C | Carts Full of Cash <news@profitcarts.net> | Our $1 AI stock to buy right now - M... | Junk Email | [illegible] |
| T | The Guide to Smarter Money <editor@mysmart... | What our data says about the future | Junk Email | [illegible] |
| S | Stop Trading Like it's 2010 <trading@futureedit... | Trumps Ditching Oil, Nvidias Powerin... | Junk Email | [illegible] |
| WN | Weekly News <subscriptions@email.webne... | What our data says about the future | Junk Email | [illegible] |
| Y | Your Wallet Wants a Raise <[illegible]... | What our data says about the future | Junk Email | [illegible] |
| FE | Fish Explorer <fishnews@fishexplorer.com> | FishExplorer June ... it's a great ti... | Junk Email | Tue 6/24 |
| RB | RallyPoint Briefing <noreply@rallypoint.com> | Soldier called me a POG and told me... | Junk Email | [illegible] |

Favorites
Inbox 44688
Conversation History
lane3co@hotmail.com
Inbox 44683
Junk Email
Drafts
Sent Items 3
Deleted Items
Archive
ESA 2020 Donation Rec...
carlson
Conversation History
Imported lane3group...
Known spam
Suspect Email
[Drafts]
mail 2 of 2
mail 2 of 3
mail 5
My Friend Glenn
Quicken/Rocket Inqui... 1
xtras
Search Folders
Go to Groups
We modified your query to show results you might find useful.
Search with your original query instead.
All
Mail
Files
People
Has attachments
Unread
To me
From
Subject
Received
NL Noel Lane The Extraordinary Privilege of Group Inbox Mon 6/30
NL Noel Lane The Extraordinary Privilege of Group Sent Items Mon 6/30
NL Noel Lane (No subject) Get Outlook for Android Inbox
NL Noel Lane (No subject) Get Outlook for Android Sent Items Fri 6/27
NL Noel Lane Group breakfast on Monday at the Westwo... Inbox Thu 6/26
NL Noel Lane Group breakfast on Monday at the W... Sent Items Thu 6/26
NL Noel Lane Re: Lane, III, Noel W. Inbox
NL Noel Lane Re: Lane, III, Noel W. Sent Items Tue 6/24
NL Noel Lane (No subject) Get Outlook for Android Inbox
NL Noel Lane (No subject) Get Outlook for Android Sent Items Sun 6/22
NL Noel Lane
NL Noel Lane (No subject) Sent Items
NL Noel Lane Inbox
NL Noel Lane (No subject) Get Outlook for Android Sent Items Sun 6/22

Home View Help
New
Delete all
Rules
Quick steps
Mark all as read
Discover groups
Copilot
Favorites
Inbox
Conversation History
lane3co@hotmail.com
Inbox 44685
Junk Email
Drafts
Sent Items
Deleted Items
Archive
BSA 2020 Donation Rec...
carlson
Conversation History
Known spam
Suspect Email
Notes
Quicken/Rocket Inqui...
xtras
Search Folders
All Mail Files People
Has attachments
Unread
To me
To
Subject
Sent
Noel Lane
(No subject) Get Outlook for Android
Sent Items
Noel Lane; Anthony Marquez; David Bailey; ...
The Extraordinary Privilege of Group
Mon 6/30
rhondalane@hotmail.com; britty.1jn4.16; sh...
Catholicism sees major resurgence am...
Sat 6/28
Fri 6/27
Noel Lane; Anthony Marquez; David Bailey; Sid W...
Group breakfast on Monday at the W...
Thu 6/26
rhondalane@hotmail.com; britty.1jn4...
Glen Eyrie castle in Colorado springs
Wed 6/25
Noel Lane; Jason Castano
Re: Lane, III, Noel W.
Tue 6/24
Sun 6/22
Noel Lane; Anthony Marquez; David B...
Group breakfast Tomorrow and Geral...

New
Delete all
Rules
Quick steps
Mark all as read
Discover groups
Favorites
Inbox 44687
Conversation History
lane3co@hotmail.com
Inbox 44687
Junk Email
Drafts
Sent Items
Deleted Items
Archive
BSA 2020 Donation Rec...
carlson
Conversation History
Imported lane3group@...
Known spam
Suspect Email
[Drafts]
mail 2 of 2
mail 2 of 3
mail 5
mail 5 -
My Friend Glenn
Notes
Quicken/Rocket Inqui...
xtras
Search Folders
Go to Groups
We modified your query to show results you might find useful.
Search with your original query instead.
All
Mail
Files
People
Has attachments
Unread
To me
From
Subject
Received
All results
NL Noel Lane
Differing Views Should Not Support Crim... Archive 7/10/2024
Don't Forget Group on Monday 6/11/23 ... Archive 6/11/2023
Re: Hey I heard your email address tonig... Archive 9/15/2022
Re: Mr. Tubbs, the stories of what is happ... Archive 9/12/2022
Re: Today Monday, 5/23/22 at 10 AM GR... 5/23/2022
Re: Name of Japanese Artist and Name o... Archive 1/24/2020
Re: DA Case #: C0302019T006987: Defen... Archive 11/7/2019
Re: Problem with replacement key pad
Re: Inquiry re: Enlargement of Time 2019-...
DVC Breakfast 8/6/19 at Westwood Inn at...
Re: Rekon v. Witt: 44 Boxes and Copy of ...

New
Delete all
Rules
Quick steps
Mark all as read
Discover groups
Copilot
Favorites
Inbox 44687
Conversation History
lane3co@hotmail.com
Inbox 44687
Junk Email
Drafts
Sent Items 3
Deleted Items
Archive 66
BSA 2020 Donation Rec...
carlson
Conversation History
Imported lane3group@...
Known spam
Suspect Email
[Drafts]
mail 2 of 2
mail 2 of 3
mail 5
mail 5 -
My Friend Glenn
Notes
Quicken/Rocket Inqui...
xtras
Search Folders
We modified your query to show results you might find useful.
Search with your original query instead.
All
Mail
Files
People
Has attachments
Unread
To me
From
Subject
Received
NL Noel Lane
The Extraordinary Privilege of Group
Inbox
Mon 6/30
NL Noel Lane
The Extraordinary Privilege of Group
Sent Items
Mon 6/30
NL Noel Lane
(No subject) Get Outlook for Android
Inbox
NL Noel Lane
(No subject) Get Outlook for Android
Sent Items
Fri 6/27
NL Noel Lane
Group breakfast on Monday at the Westwo...
Inbox
NL Noel Lane
Group breakfast on Monday at the W...
Sent Items
NL Noel Lane
Re: Lane, III, Noel W.
Inbox
NL Noel Lane
Re: Lane, III, Noel W.
Sent Items
Tue 6/24
NL Noel Lane
(No subject) Get Outlook for Android
Inbox
NL Noel Lane
(No subject)
Sent Items
NL Noel Lane
(No subject)
Inbox

Favorites
- Inbox 44686
- Conversation History

lane3co@hotmail.com
- Inbox 44686
- Junk Email 1422
- Drafts
- Sent Items
- Deleted Items 74
- Archive 66
- BSA 2020 Donation Rec...
- carlson
- Conversation History
- Imported lane3group@...
- Known spam
- Suspect Email
- (Drafts)
- mail 2 of 3
- mail 2 of 3
- mail 5
- mail 5 -
- My Friend Glenn
- Notes
- Quicken/Rocket Inqui...
- xtras
- Search Folders

Go to Groups

All | Mail | Files | People | Has attachments | Unread | To me

| | From | Subject | | Received |
|---|---|---|---|---|
| Y | Your Wallet Wants a Raise <heather@[illegible]... | What our data says about the future | Junk Email | Tue 6/24 |
| FE | Fish Explorer <fishnews@fishexplorer.com> | FishExplorer June It's a great ti... | Junk Email | Tue 6/24 |
| RB | RallyPoint Briefing <noreply@rallypoint.com> | Soldier called me a POG and told me... | Junk Email | [illegible] |
| AM | ACTIVATE YOUR MEMBERSHIP <information.[illegible]... | AARP membership, theres always mo... | Junk Email | [illegible] |
| T | Tim <tim@[illegible]printing.com> | Harvest More Leads [illegible] Branding Id... | Junk Email | [illegible] |
| M | McAfee <info@gnucinnaband.de> | Urgent: Your McAfee Protection Nee... | Junk Email | [illegible] |
| M | McAfee <info@gnucinnaband.de> | Urgent: Your McAfee Protection Nee... | Junk Email | [illegible] |
| C | Charlie Kirk, Turning Point USA <info@[illegible]... | You'll never see this on the fake new... | Junk Email | [illegible] |
| LA | /Loan approval/- <newsletter.[illegible]... | Check-Your Bank-Account for Quick_... | Junk Email | [illegible] |
| UH | USA Health <today@healthy-americans.com> | Strait of Hormuz = $150 Oil [illegible] | Junk Email | [illegible] |
| B | Because the Market Never Sleeps <news@to[illegible]... | Blood sugar drops 50% with 1/2 tsp ... | Junk Email | [illegible] |
| RM | Robert Miller <[illegible]@retirefunded.com> | AI is helping solve a 100+ year-old m... | Junk Email | [illegible] |
| Y | Your Wallet Wants a Raise <heather@[illegible]... | America is about to burn - for real [illegible]... | Junk Email | [illegible] |
| RD | [illegible] - Flooring -- [illegible] | Up - to [illegible] on flooring [illegible] ... | Junk Email | [illegible] |
| PA | [illegible] | JUST IN: Evacuation Order [illegible] ... | Junk Email | [illegible] |
| NT | [illegible] TEST <[illegible]> | [illegible] TEST [illegible] | Junk Email | [illegible] |
| D | [illegible] DEBT.RELIEF.2025 [illegible] <newsletters.[illegible]... | Reminder: Check-Loan Consolidati... | Junk Email | [illegible] |

New | Delete all | Rules | Quick steps | Mark all as read | Discover groups | Copilot

Favorites
- Inbox 44686
- Conversation History

lane3co@hotmail.com
- Inbox 44685
- Junk Email
- Drafts
- Sent Items 3
- Deleted Items 74
- Archive 66
- BSA 2020 Donation Rec...
- carlson
- Conversation History
- Imported lane3group@...
  - Known spam
  - Suspect Email
  - (Drafts)
  - mail 2 of 2
  - mail 2 of 3
  - mail 5
  - mail 5 -
  - My Friend Glenn
  - Notes
  - Quicken/Rocket Inqui... 1
  - xtras
  - Search Folders
- Go to Groups

All | Mail | Files | People | Has attachments | Unread | To me

| | From | Subject | | Received |
|---|---|---|---|---|
| AC | A Jeweller's Catalogue <contact@ajewellerscata... | lane3co Discover Your Inner Moonlig... | Junk Email | Wed 6/25 |
| S | StocksLiveReports.com <alerts@email.stockslив... | Trumps Secret Plan to Save Social Se... | Junk Email | Wed 6/25 |
| S | StocksLiveReports.com <alerts@email.stockslив... | 1 spoonful kills bulletproof cancer cells | Junk Email | Tue 6/24 |
| B | Breaking: Stop Trading Like a Rookie <latest@in... | AI is helping solve a 100+ year-old m... | Junk Email | Tue 6/24 |
| RM | Robert Miller <expert@retirefunded.com> | Top Doctor: Why Drinking THIS Type... | Junk Email | Tue 6/24 |
| S | StocksLiveReports.com <alerts@email.stockslив... | America is about to burn - for real th... | Junk Email | Tue 6/24 |
| T | Tokens That Speak Louder <hello@uniquetoken... | What our data says about the future | Junk Email | Tue 6/24 |
| C | Caught on Satellite: U.S. Strike — William ... | Pentagon PANIC: AI Weapons active ... | Junk Email | [illegible] |
| LM | Lakewood Family Medicine ... | You have a new message from Lakew... | Junk Email | [illegible] |
| T | The Income You've Been Missing ... | Trump just ignited a $1 Trillion inve... | Junk Email | [illegible] |
| RL | Research Lab <admin@...research.com> | Wall Street: This AI stock has 170+ u... | Junk Email | [illegible] |
| C | Carts Full of Cash ... | Our #1 AI stock to buy right now - AI... | Junk Email | [illegible] |
| T | The Guide to Smarter Money ... | What our data says about the future | Junk Email | [illegible] |
| S | Stop Trading Like It's 2010 ... | [illegible] | Junk Email | [illegible] |
| WU | Weekly Ungate ... | What our data says about the future | Junk Email | [illegible] |
| Y | Your Wallet Wants a Raise ... | What our data says about the future | Junk Email | [illegible] |
| FE | Fish Explorer ... | [illegible] | Junk Email | [illegible] |

New | Delete all | Report | Respond | Rules | Quick steps | Mark all as read | Discover groups

Showing results from all folders. Nothing found in Deleted Items.

**Favorites**
- Inbox 44688
- Conversation History

**lane3co@hotmail.com**
- Inbox 44688
- Junk Email
- Drafts
- Sent Items 3
- Deleted Items 74
- Archive 66
- BSA 2020 Donation Rec...
- carlson
- Conversation History
- Imported lane3group@...
- Known spam
- Suspect Email
- [Drafts]
- mail 2 of 2
- mail 2 of 3
- mail 3
- mail 5 -
- My Friend Glenn
- Notes
- Quicken/Rocket Inqui...
- xtras
- Search Folders

Go to Groups

All | Mail | Files | People | Has attachments | Unread | To me

| From | Subject | Folder | Received |
|---|---|---|---|
| All results | | | |
| winwithwindsor@netscape.net | There may be some nuggets No preview i... | Inbox | 4/4/2025 |
| Noel Lane | Email # 1 Fw: A writing from my priest... | Sent Items | 7/11/2023 |
| Anthony Marquez | Check this out – PTSD Buddy Letter ... | Inbox | [illegible] |
| winwithwindsor@netscape.net | Did you know | Inbox | 7/20/2022 |
| winwithwindsor@netscape.net | AARM 1. Sanctions only after MtoD grant... | Inbox | 6/11/2021 |
| winwithwindsor@netscape.net | Re: Need the nose(in) sight - Another 2 Th... | Inbox | 6/1/2021 |
| winwithwindsor@netscape.net | Verano First cut | Inbox | 12/7/2020 |
| winwithwindsor@netscape.net | First Zoom cut | Inbox | 12/7/2020 |
| winwithwindsor@netscape.net | Another angle | Inbox | 8/24/2020 |
| Noel Lane | Fw: A lot of food for thought The ... | Sent Items | 5/16/2020 |
| winwithwindsor@netscape.net | A lot of food for thought The issue is, is ju... | Inbox | 5/16/2020 |
| winwithwindsor@netscape.net | 26 and 27 | Inbox | [illegible] |
| [illegible] | Jason | Inbox | [illegible] |
| bncedi@noticingcenter.com | Welcome to Electronic Bankruptcy Noticin... | Inbox | 3/13/2020 |
| winwithwindsor@netscape.net | BK rule approaching IRS weight | Inbox | 3/11/2020 |

Home View Help

New | Delete all | Rules | Quick steps | Mark all as read | Discover groups | Copilot

Favorites

Inbox 44686

Conversation History

lane3co@hotmail.com

Inbox 44688

Junk Email

Drafts

Sent Items

Deleted Items

Archive

BSA 2020 Donation Rec...

carlson

Conversation History

Imported lane3group@...

Known spam

Suspect Email

[Drafts]

mail 2 of 3

mar 2 of 3

mail 5

mail 5 -

My Friend Glenn

Notes

Quicken/Rocket Inqui...

xtras

Search Folders

Showing results from all folders. Nothing found in Archive.

All Mail Files People | Has attachments | Unread | To me

| From | Subject | Folder | Received |
|---|---|---|---|
| **Top results** | | | |
| bncedi@noticingcenter.com | Welcome to Electronic Bankruptcy Noticin... | Inbox | 3/19/2020 |
| winwithwindsor@netscape.net | Did you know | Inbox | 7/20/2022 |
| winwithwindsor@netscape.net | AARM | Inbox | 6/11/2021 |
| **All results** | | | |
| winwithwindsor@netscape.net | There may be some nuggets | Inbox | 4/4/2025 |
| Noel Lane | Email # 1 Fw: A writing from my priest... | Sent Items | 7/11/2023 |
| Anthony Marquez | [illegible] | Inbox | [illegible] |
| winwithwindsor@netscape.net | Did you know | Inbox | 7/20/2022 |
| winwithwindsor@netscape.net | AARM | Inbox | 6/11/2021 |
| winwithwindsor@netscape.net | Re: Need the nose(in) sight - Another 2 Th... | Inbox | 6/1/2021 |
| winwithwindsor@netscape.net | Verano First cut | Inbox | 12/7/2020 |
| winwithwindsor@netscape.net | First Zoom cut | Inbox | 12/7/2020 |
| winwithwindsor@netscape.net | Another angle | Inbox | 8/24/2020 |
| Noel Lane | Fw: A lot of food for thought | Sent Items | 5/16/2020 |
| winwithwindsor@netscape.net | A lot of food for thought | Inbox | 5/16/2020 |



Home
View
Help
New
Delete all
Rules
Quick steps
Mark all as read
Discover groups
Copilot
Favorites
Inbox 44687
Conversation History
lane3co@hotmail.com
Inbox
Junk Email
Drafts
Sent Items 3
Deleted Items
Archive
BSA 2020 Donation Rec...
carlson
Conversation History
Imported lane3group@...
Known spam
Suspect Email
[Drafts]
mail 2 of 2
mail 2 of 3
My Friend Glenn
Notes
Quicken/Rocket Inqui...
Search Folders
All
Mail
Files
People
Has attachments
Unread
To me
From
Subject
Received
Top results
23andMeBankruptcyNoticing@noticing.ra.kroll.c...
Notice: TTAM Research Institute to Ca...
Junk Email
Tue 7/1

Home View Help

New | Delete all | Rules | Quick steps | Mark all as read | Discover groups

Favorites
- Inbox 44687
- Conversation History

lane3co@hotmail.com
- Inbox 44687
- Junk Email
- Drafts
- Sent Items 3
- Deleted Items
- Archive 66
- BSA 2020 Donation Rec...
- carlson
- Conversation History
- Imported lane3group@...
- Known spam
- Suspect Email
- [Drafts]
- mail 2 of 2
- mail 2 of 3
- mail 5
- mail 5 -
- My Friend Glenn
- Notes
- Quicken/Rocket Inqui...
- xtras
- Search Folders

Go to Groups

All | Mail | Files | People | Has attachments | Unread | To me

| From | Subject | Folder | Received |
|---|---|---|---|
| **Top results** | | | |
| bncedi@noticingcenter.com | Welcome to Electronic Bankruptcy Noticin... | Inbox | 3/19/2020 |
| winwithwindsor@netscape.net | Did you know 2p | Inbox | 7/20/2022 |
| winwithwindsor@netscape.net | AARM 1. Sanctions only after MtoD grant... | Inbox | 6/11/2021 |
| **All results** | | | |
| winwithwindsor@netscape.net | There may be some nuggets | Inbox | 4/4/2023 |
| Noel Lane | Email # 1 Fw: A writing from my priest... | Sent Items | 7/11/2023 |
| Anthony Marquez | Check this out - PTSD Buddy Letter Exam... | Inbox | |
| winwithwindsor@netscape.net | Did you know 2p | Inbox | 7/20/2022 |
| winwithwindsor@netscape.net | AARM | Inbox | 6/11/2021 |
| winwithwindsor@netscape.net | Re: Need the nose(in) sight - Another 2 Th... | Inbox | 6/1/2021 |
| winwithwindsor@netscape.net | Verano First cut 2p | Inbox | 12/7/2020 |
| winwithwindsor@netscape.net | First Zoom cut | Inbox | 12/7/2020 |
| winwithwindsor@netscape.net | Another angle | Inbox | |
| Noel Lane | Fw: A lot of food for thought | Sent Items | 5/16/2020 |
| winwithwindsor@netscape.net | A lot of food for thought | Inbox | 5/16/2020 |
| winwithwindsor@netscape.net | 26 and 27 | Inbox | 4/23/2020 |

Outlook
Search
Meet Now
Exhibit 4
NL
Home
View
Help
New
Rules
Quick steps
Mark all as read
Discover groups
Copilot
Favorites
Inbox 45789
Conversation History
lane3co@hotmail.com
Inbox 45789
Junk Email
Drafts
Sent Items 3
Deleted Items 158
Archive 66
BSA 2020 Donation Rec...
carlson
Conversation History
Imported lane3group@...
Known spam
Suspect Email
[Drafts]
mail 2 of 2
mail 2 of 3 1
mail 5
My Friend Glenn
Notes
Quicken/Rocket Inqui... 1
xtras
Search Folders
Go to Groups
Focused
Other
Select
Jump to
Other Emails (99+)
Conservative Journal Review; Daily Conservative; Breaking Patriot New
From
Subject
Received
No_Reply_Allowed@va.gov
New secure message New secure message Dear N...
Sat 10:45 AM
Niya Baker
Re: 211 Help Center - Mile High United Way Thanks...
Sat 10:24 AM
Lakewood Family Medicine
Noel's Appointment Scheduled: August 13, 2025 at ...
Sat 9:16 AM
Noel Lane
Re: case cited I think that what I will do is ask for re...
Sat 8:59 AM
Shelby Striegel
Fwd: Survey: Summer Baseball, Softball and T-ball R...
Sat 8:55 AM
winwithwindsor@netscape.net
case cited See my Bold underline Case not on point
Sat 8:23 AM
freeman v Loo...
This month
bncedi@noticingcenter.com
BNC E-mail # 25 to TP 147250 [p-237051608]
Fri 8:18 PM
Marquez, Adam G. (RCS)
RE: you must be unmanned at the desk You are for...
Fri 3:42 PM
U.S. Bank
Your e-statement is ready. View details online or wi...
Fri 11:04 AM
Noel Lane
(No subject) Get Outlook for Android
Fri 7:14 AM
July
Noel Lane
Fw: We're Glad You Joined. Come Back for Military N...
Tue 7/29
RE: Are we on for Lunch? Good morning and yes
Tue 7/29

Exhibit 3

# Lower Back Injection

Marchyarn Mahathanaruk, DO

Out of office until 8/15/2025

Participants: , Mercedes Urioste, MA, Dawn Eldridge, NP

---

All messages have been loaded.

You Aug 5, 4:52 PM

Hi,

Is it possible for me to schedule another back injection at

Please refer for repeat right L4/5 L5/S1 TFESI

Thank you

Mercedes Urioste, MA 8:31 AM

Hello Noel,

Please complete the following questions, these are required to be completed for provider review:

1) Location of pain (neck, low back, upper back, between upper and lower back, etc. - DO NOT USE "MIDBACK", may use midline):

2) Laterality (both sides equally, just one side (specify the side), L>R, or R>L):

3) Radiation (to extremities):

4) Numbness or tingling (pins and needles, if so, where):

5) Weakness:

6) worsening (from baseline if any) urinary/fecal incontinence or worsening weakness:

You 11:41 AM

Please complete the following questions, these are required to be completed for provider review:

1) Location of pain (neck, low back, upper back, between upper and lower back, etc. - DO NOT USE "MIDBACK", may use midline):

repeat right L4/5 L5/S1 TFESI

2) Laterality (both sides equally, just one side (specify the side), L>R, or R>L):

repeat right L4/5 L5/S1 TFESI

3) Radiation (to extremities):

right leg and right hip

4) Numbness or tingling (pins and needles, if so, where):

- numbness and tingling up and down right and left leg and in both feet in the morning when getting up
- numbness and tingling up and down right leg sharp needles in right lower portion of the hip in the right buttock is a 4 on a scale of 1 to 10 during regular daily activity by the end of the day
- numbness and tingling up and down right leg sharp needles in right lower portion of the hip in the right buttock is a 6-7 on a scale of 1 to 10 following lifting of weight over 25 pounds and/or mowing the lawn.

5) Weakness:

- 5-6 on a scale of 1 to 10 following lifting of weight over 25 pounds or mowing the lawn
- 2-3 on a scale of 1 to 10 during regular activities

6) worsening (from baseline if any) urinary/fecal incontinence or worsening weakness:

No incontinence at anytime

Dawn Eldridge, NP 1:53 PM

Hi Noel, I have written an order to repeat your lumbar epidural with Dr March and my injection schedulers will reach out to you to schedule.

Take care,
Dawn Eldridge, ND, ANP

You 3:44 PM

Thank you

Showing 5 of 5
Please allow up to 48 hours for a reply.

Marchyarn Mahathanaruk, DO: Out of office until 8/15/2025

MyChart® licensed from Epic Systems Corporation© 1999 - 2025