IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero

| | |
|---|---|
| In re: <br><br> Matthew Curtis Witt, <br><br>    Debtor. | Case No. 17-17630 MER <br><br> Chapter 7 |
| Noel West Lane, III, <br><br>    Plaintiff, <br><br> v. <br><br> Matthew Curtis Witt, et al. <br><br>    Defendants. | Adversary No. 21-01100 MER |

**ORDER DENYING MOTION AS MOOT**

THIS MATTER comes before the Court on the Motion for Enlargement of Time To File To File a Notice Of Appeal ("**Motion**") filed by the Plaintiff Noel West Lane, III ("**Lane**").[1]  In his Motion, the Debtor seeks additional time to file a notice of appeal of this Court's Order Denying Motion to Extend Time to File Appeal and Denying Request for Direct Certification to the Tenth Circuit entered on August 1, 2025.[2]  On August 11, 2025, he filed a Notice of Appeal.  Accordingly, it is hereby

ORDERED that the Motion is DENIED as moot.

Dated: August 12, 2025.

BY THE COURT:

Michael E. Romero, Judge
United States Bankruptcy Court

---

[1] ECF No. 124.

[2] ECF No. 121.  On August 4, 2025 at ECF No. 123, Lane also filed what amounts to a Motion to Reconsider the August 1, 2025 Order.  Pursuant to Fed. R. Bankr. P. 8002(b)(2), the Notice of Appeal becomes effective as soon as the Court rules on the Motion to Reconsider.