**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

In re: MATTHEW CURTIS WITT | Case No. 17-17630-MER

Debtor. | Chapter 7

Address: 2792 Greatwood Way
Highlands Ranch, CO 80126

SSN: XXX-XX-4130

FILED
CLERK OF COURT
AUG 11 2026
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

NOEL WEST LANE III
Plaintiff

Adv. Proc. No. 21- 001100- MER

MATTHEW CURTIS WITT, DEFENDANT,
AND
MATTHEW CURTIS WITT, PRESIDENT AND SR. LOAN OFFICER, SILVER LEAF MORTGAGE, INC.
SILVER LEAF MORTGAGE, INC.
NICOLE WITT
NICOLE WITT, OWNER SILVER LEAF MORTGAGE, INC.
ALL AMERICAN RECORDS MANAGEMENT
DELTA SOLUTIONS
DAVID KAHN
DAVID KAHN, OWNER DELTA SOLUTIONS
TORREY LIVENICK
TORREY LIVENICK, ESQ.
LIVENICK LAW
MILLER & LAW P.C.
DAVID B. LAW
DAVID B. LAW, MILLER & LAW P.C.
DAVID OPPENHEIMER
DAVID OPPENHEIMER, MILLER & LAW P.C.
DAVID OPPENHEIMER, DAVID S. OPPENHEIMER LAW
GLENN MERRICK
GLENN MERRICK & ASSOCIATES
GLENN MERRICK, MERRICK, SHANER, BERNSTEIN, LLC
FIVE (5) DOES

11AUG 26 2:41PM

Defendants |

**MOTION TO REOPEN ADVERSARY PROCEEDING UNDER 11 U.S.C. § 350(b)**

Plaintiff Noel West Lane III respectfully moves the Court to reopen Adversary Proceeding No. 21-001100-MER pursuant to 11 U.S.C. § 350(b) for cause. In support of this motion, Plaintiff states as follows:

1. The adversary proceeding was previously closed following dismissal.
2. In its prior dismissal order, the Court identified seven of nine issues as triable in another forum. Those issues were not adjudicated on the merits and remain unresolved.
3. Plaintiff seeks to file an Amended Complaint to proceed on the merits of the unresolved claims.
4. Reopening is necessary to allow Plaintiff to file an Amended Complaint and to proceed with related motions, including a Barton motion, which cannot be filed while the adversary proceeding remains closed.
5. This motion does not seek adjudication of the merits and is limited solely to reopening the adversary proceeding for cause under 11 U.S.C. § 350(b).

**WHEREFORE**, Plaintiff respectfully requests that the Court reopen Adversary Proceeding No. 21-001100-MER pursuant to 11 U.S.C. § 350(b), and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 11th day of August 2026

Noel West Lane III, In Pro Se

1060 Ingalls Street
Lakewood, CO 80214
Phone: (303) 697-0462
Email: lane3co@outlook.com

**Counsel for the Plaintiff**

Plaintiff In Pro se:
Noel West Lane III
In Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August 2026 a true and correct copy of the foregoing **Motion to Reopen Adversary Proceeding Under 11 U.S.C. § 350(b)** was served by first-class mail, postage prepaid, upon the following parties listed in the Court's Docket:

| *Additional Parties Served* | *Attorneys* |
| --- | --- |
| Debtor | Charles S. Parnell<br>4891 Independence Street, Suite 240<br>Wheat Ridge, Colorado 80033 |
| Trustee | Tom H. Connolly<br>Tom Connolly, LLC<br>PO Box 68<br>Lafayette, CO 80026-0068 |
| U. S. Trustee | Byron G. Rogers Federal<br>Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294 |

| ***Adversary Defendant(s)*** | ***Attorney(s)*** |
| --- | --- |
| Matthew Curtis Witt<br>6972 S. Vine Street<br>Centennial, CO 80122 | Kelsey Jamie Buechler<br>999 18th St.<br>Ste., 1230 S<br>Denver, CO 80202 |

Michael Lamb
Buechler Law Office, LLC
999 18th Street, Suite 1230-S
Denver, CO 80202

Matthew Curtis Witt
President and Sr Loan Officer
Silver Leaf Mortgage, Inc.
6972 S. Vine Street
Centennial, CO 80122

Kelsey Jamie Buechler
(See above for address)

Michael Lamb
(See above for address)

Silver Leaf Mortgage, Inc.
6972 S. Vine St.
Centennial, CO 80122

Kelsey Jamie Buechler
(See above for address)

Michael Lamb
(See above for address)

Nicole Witt
6972 S. Vine Street
Centennial, CO 80122

Kelsey Jamie Buechler
(See above for address)

Michael Lamb
(See above for address)

Nicole Witt
Owner Silver Leaf Mortgage, Inc.
6972 S. Vine Street
Centennial, CO 80122

Kelsey Jamie Buechler
(See above for address)

Michael Lamb
(See above for address)

All American Records Management

15580 E. Hinsdale Circle
Centennial, CO 80112

Samuel J. Stoorman
Samuel J. Stoorman & Associates, P.C.
P.O. Box 210450
8275 East 11th Avenue
Denver, CO 80220

| | |
|---|---|
| Delta Solutions<br>1114 Neon Forrest Circle<br>Longmont, CO 80504 | Delta Solutions<br>PRO SE |
| David Kahn<br>1114 Neon Forest Circle<br>Longmont, CO 80504 | David Kahn<br>PRO SE |
| David Kahn<br>Owner Delta Solutions<br>1114 Neon forrest Circle<br>Longmont, CO 80504 | David Kahn<br>PRO SE |
| Torrey Livenick<br>730 17th Street Ste 900<br>Denver, CO 80202 | Torrey Livenick<br>561 Santa Fe Ave<br>Denver, CO 80204 |
| Torrey Livenick, Esq<br>730 17th Street Ste 900<br>Denver, CO 80202 | (See above for address) |
| Livenick Law<br>730 17th Street Ste 900<br>Denver, CO 80202 | Torrey Livenick<br>(See above for address) |
| Miller & Law P.C.<br>1900 West Littleton Blvd<br>Littleton, CO 80120 | Shaun A. Christensen<br>Miller & Law, P.C.<br>1900 W. Littleton Blvd.<br>Littleton, CO 80120 |
| David B Law<br>1900 West Littleton Blvd<br>Littleton, CO 80120 | David Law<br>1900 W. Littleton Blvd.<br>Littleton, CO 80120 |

| | |
|---|---|
| David B Law<br>Miller & Law P.C.<br>1900 West Littleton Blvd<br>Littleton, CO 80120 | David Law<br>(See above for address) |
| David Oppenheimer<br>1900 West Littleton Blvd<br>Littleton, CO 80120 | David S. Oppenheim<br>1900 W. Littleton B.vd.<br>Littleton, CO 80120 |
| David Oppenheimer<br>Miller & Law P.C.<br>1900 West Littleton Blvd<br>Littleton, CO 80120 | David S. Oppenheim<br>(See above for address) |
| David Oppenheimer<br>David S. Oppenheimer<br>Law<br>1900 West Littleton Blvd<br>Littleton, CO 80120 | David S. Oppenheim<br><br>(See above for address) |
| Glenn Merrick<br>5360 Preserve Parkway South<br>Greenwood Village, CO 80121 | Glenn W. Merrick<br>6300 S. Syracuse Way, Suite 220<br>Greenwood Village, CO 80111 |
| Glenn Merrick &<br>Associates<br>6300 S. Syracuse Way<br>Suite 220<br>Greenwood Village, CO 80111 | Glenn W. Merrick<br>(See above for address) |
| Glenn Merrick<br>Merrick, Shaner, Bernstein, LLC<br>4600 S. Syracust St. 9th<br>Fl.<br>Denver, CO 80237 | Glenn W. Merrick<br>(See above for address) |

Defendant Five (5) Does

address: none known

Noel West Lane III, In Pro Se
1060 Ingalls Street
Lakewood, CO 80214
Phone: (303) 697-0462
Email: lane3co@outlook.com

**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | |
|---|---|
| In re: MATTHEW CURTIS WITT<br><br>Debtor.<br><br>Address: 2792 Greatwood Way<br>Highlands Ranch, CO 80126<br><br>SSN: XXX-XX-4130 | Case No.<br>17-17630-MER<br><br>Chapter<br>7 |
| NOEL WEST LANE III<br>Plaintiff<br><br>MATTHEW CURTIS WITT, DEFENDANT,<br>AND<br>MATTHEW CURTIS WITT, PRESIDENT AND SR. LOAN OFFICER, SILVER LEAF MORTGAGE, INC.<br>SILVER LEAF MORTGAGE, INC.<br>NICOLE WITT<br>NICOLE WITT, OWNER SILVER LEAF MORTGAGE, INC.<br>ALL AMERICAN RECORDS MANAGEMENT<br>DELTA SOLUTIONS<br>DAVID KAHN<br>DAVID KAHN, OWNER DELTA SOLUTIONS<br>TORREY LIVENICK<br>TORREY LIVENICK, ESQ.<br>LIVENICK LAW<br>MILLER & LAW P.C.<br>DAVID B. LAW<br>DAVID B. LAW, MILLER & LAW P.C.<br>DAVID OPPENHEIMER<br>DAVID OPPENHEIMER, MILLER & LAW P.C.<br>DAVID OPPENHEIMER, DAVID S. OPPENHEIMER LAW<br>GLENN MERRICK<br>GLENN MERRICK & ASSOCIATES<br>GLENN MERRICK, MERRICK, SHANER, BERNSTEIN, LLC<br>FIVE (5) DOES | Adv. Proc. No.<br>21- 001100- MER |

Defendants

---

**(PROPOSED) ORDER REOPENING ADVERSARY PROCEEDING**

THIS MATTER comes before the Court on Plaintiff's Motion to Reopen Adversary Proceeding No. 21-001100-MER pursuant to 11 U.S.C. § 350(b). The Court, being fully advised in the premises, hereby ORDERS:

The adversary proceeding No. 21-001100-MER is **REOPENED** for cause pursuant to 11 U.S.C. § 350(b).

IT IS SO ORDERED.

Dated: ______________________

______________________________________________

Hon. Michael E. Romero United States Bankruptcy Judge